AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CleanAirNow; Center for Biological Diversity; and Sierra Club <br><br> *Plaintiff(s)* <br><br> v. <br><br> Louis DeJoy in his official capacity as U.S. Postmaster General; and U.S. Postal Service <br><br> *Defendant(s)* | Civil Action No.  22-cv-02576-LB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  United States Postal Service
USPS Headquarters, 475 L'Enfant Plaza SW
Washington DC 20260-0010

Louis DeJoy Postmaster General
USPS Headquarters, 475 L'Enfant Plaza SW
Washington DC 20260-0010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adriano Martinez
Earthjustice
707 Wilshire Blvd., Ste. 4300
Los Angeles, CA 90017

Scott Hochberg
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark B. Busby
*CLERK OF COURT*

Date:  4/28/2022

*Karen Horman*
*Signature of Clerk or Deputy Clerk*