1  ROB BONTA
   Attorney General of California
2  DAVID A. ZONANA
   Supervising Deputy Attorney General
3  GEORGE TORGUN, State Bar No. 222085
   Deputy Attorney General
4   1515 Clay Street, 20th Floor
    P.O. Box 70550
5   Oakland, CA  94612-0550
    Telephone:  (510) 879-1002
6   Fax:  (510) 622-2270
    E-mail:  George.Torgun@doj.ca.gov
7
   *Attorneys for Plaintiff State of California*
8
   *[Additional counsel listed on signature page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLEANAIRNOW, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LOUIS DEJOY, et al.,**<br><br>Defendants. | Case No. 3:22-cv-02576-LB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:  Hon. Laurel Beeler |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs State of California, State of New York, Commonwealth of Pennsylvania, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, People of the State of Michigan, State of New Jersey, State of New Mexico, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, District of Columbia, the City of New York, and the Bay Area Air Quality Management District (collectively, "Government Plaintiffs"), respectfully move the Court to consider whether the above-entitled action is related to another action that was recently filed by Government Plaintiffs in this District: *State of California, et al. v. U.S. Postal Service, et al.*, Case No. 3:22-cv-02583-KAW (N.D. Cal., complaint filed April 28, 2022).

Under Civil Local Rule 3-12(a), two cases are related when: (1) they "concern substantially the same parties, property, transaction or event," and (2) it "appears likely that there will be an

unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Both conditions are met here.

First, the actions concern substantially the same "event" because both cases challenge a January 2022 Final Environmental Impact Statement ("Final EIS") and Record of Decision issued by the United States Postal Service regarding its Next Generation Delivery Vehicle Acquisitions program pursuant to the National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4321 *et seq*. Also, both challenges involve the same federal defendants:  (1) the United States Postal Service, and (2) Louis DeJoy, United States Postmaster General.  *See Fin. Fusion, Inc. v. Ablaise Ltd.*, No. C-06-2451 PVT, 2006 WL 3734292, at *3 (N.D. Cal. Dec. 18, 2006) (holding cases were related where they involved the same property and defendants).

Second, it is likely that there would be an unduly burdensome duplication of labor, and/or conflicting results, if the cases were conducted before different judges because both cases deal with the same facts and will involve the same administrative record for the Final EIS and Record of Decision.  Both cases involve similar legal questions regarding whether the United States Postal Service violated NEPA by (1) making an irreversible commitment of resources in contracting for new delivery vehicles prior to commencing the NEPA process; (2) failing to consider reasonable alternatives to its proposed action, and (3) failing to take a "hard look" at the environmental impacts of the program.  *Compare* ECF No. 1, ¶¶ 128-162, *with State of California v. U.S. Postal Service*, Case No. 3:22-cv-02583-KAW, ECF No. 1, ¶¶ 88-118; s*ee also Fin. Fusion*, 2006 WL 3734292, at *3–4.  Relatedly, Government Plaintiffs also plan to argue that the Postal Service failed to consider the inconsistency of its proposed action with state and local laws to reduce greenhouse gas emissions and electrify the transportation sector in order to mitigate the devastating consequences of global climate change.  *See State of California v. U.S. Postal Service*, Case No. 3:22-cv-02583-KAW, ECF No. 1, ¶¶ 119-124.

For the foregoing reasons, and pursuant to Civil Local Rule 3-12(b), Government Plaintiffs respectfully request that the Court relate this case and Case No. 3:22-cv-02583-KAW.

Dated: May 3, 2022

Respectfully submitted,

| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>DAVID A. ZONANA<br>Supervising Deputy Attorney General<br><br>/s/ George Torgun<br>GEORGE TORGUN, State Bar No. 222085<br>Deputy Attorneys General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-1002<br>Email: George.Torgun@doj.ca.gov<br><br>*Attorneys for Plaintiff State of California* | LETITIA JAMES<br>Attorney General of New York<br><br>/s/ Claiborne E. Walthall<br>CLAIBORNE E. WALTHALL*<br>Assistant Attorney General<br>New York State Office of the Attorney General<br>Environmental Protection Bureau<br>State Capitol<br>Albany, NY 12224<br>(518) 776-2380<br>claiborne.walthall@ag.ny.gov<br><br>*Attorneys for Plaintiff State of New York* |
| JOSH SHAPIRO<br>Attorney General of Pennsylvania<br><br>/s/ Aimee D. Thomson<br>AIMEE D. THOMSON*<br>Deputy Attorney General<br>ANN R. JOHNSTON<br>Senior Deputy Attorney General<br>Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>Telephone: (267) 940-6696<br>Email: athomson@attorneygeneral.gov<br><br>*Attorneys for Plaintiff<br>Commonwealth of Pennsylvania* | KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>/s/ Vanessa L. Kassab<br>CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation<br>VANESSA L. KASSAB*<br>JAMESON A. L. TWEEDIE<br>RALPH K. DURSTEIN, III<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br><br>*Attorneys for Plaintiff State of Delaware* |
| WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ William E. Dornbos<br>WILLIAM E. DORNBOS*<br>Assistant Attorney General<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue<br>Hartford, CT 06106<br>Telephone: (860) 808-5250<br>Email: William.Dornbos@ct.gov<br><br>*Attorneys for Plaintiff State of Connecticut* | KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Jason E. James<br>JASON E. JAMES*<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental<br>Enforcement/Asbestos Litigation Division<br>Office of the Attorney General<br>69 W. Washington St., 18th Floor<br>Chicago, IL 60602<br>Tel: (312) 814-0660<br>Email: Jason.james@ilag.gov<br><br>*Attorneys for Plaintiff State of Illinois* |

| | |
|---|---|
| AARON M. FREY<br>Attorney General of Maine | MATTHEW J. PLATKIN<br>Acting Attorney General of New Jersey |
| /s/ Jason Anton<br>JASON ANTON*<br>PAUL SUITTER*<br>Assistant Attorneys General<br>Six State House Station<br>Augusta, Maine 04333-0006<br>Telephone: (207) 626-8800<br>Fax: (207) 287-3145<br>Email: Jason.Anton@maine.gov<br>Email: Paul.Suitter@maine.gov<br><br>*Attorneys for Plaintiff State of Maine* | /s/ Lisa Morelli<br>LISA MORELLI, State Bar No. 137092<br>Deputy Attorney General<br>Division of Law<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625-093<br>Telephone: 609-376-2745<br>Email: lisa.morelli@law.njoag.gov<br><br>*Attorneys for Plaintiff State of New Jersey* |
| BRIAN E. FROSH<br>Attorney General of Maryland | HECTOR BALDERAS<br>Attorney General of New Mexico |
| /s/ Steven J. Goldstein<br>STEVEN J. GOLDSTEIN*<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>Telephone: (410) 576-6414<br>Email: sgoldstein@oag.state.md.us<br><br>*Attorneys for Plaintiff State of Maryland* | /s/ William Grantham<br>WILLIAM GRANTHAM*<br>Assistant Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>Telephone: (505) 717-3520<br>E-Mail: wgrantham@nmag.gov<br><br>*Attorneys for Plaintiff State of New Mexico* |
| FOR THE PEOPLE OF THE<br>STATE OF MICHIGAN | JOSHUA H. STEIN<br>Attorney General of North Carolina |
| /s/ Elizabeth Morrisseau<br>ELIZABETH MORRISSEAU (*pro hac vice*)<br>Assistant Attorney General<br>Environment, Natural Resources,<br>and Agriculture Division<br>Michigan Attorney General's Office<br>6th Floor, G. Mennen Williams Building<br>525 West Ottawa Street<br>PO Box 30755<br>Lansing, MI 48933<br>Telephone: (517) 335-7664<br>Email: MorrisseauE@michigan.gov<br><br>*Attorneys for Plaintiff the People of the State of Michigan* | /s/ Francisco Benzoni<br>ASHER SPILLER<br>Assistant Attorney General<br>FRANCISCO BENZONI*<br>Special Deputy Attorney General<br>114. W. Edenton Street<br>Raleigh, NC 27063<br>Telephone: (919)716-7600<br>Email: fbenzoni@ncdoj.gov<br>aspiller@ncdoj.gov<br><br>*Attorneys for Plaintiff State of North Carolina* |

| | | |
|---|---|---|
| 1 | | |
| 2 | ELLEN F. ROSENBLUM<br>Attorney General of Oregon | ROBERT W. FERGUSON<br>Attorney General of Washington |
| 3 | /s/ Paul Garrahan | /s/ Megan Sallomi |
| 4 | PAUL GARRAHAN*<br>Attorney-in-Charge | MEGAN SALLOMI, State Bar. No. 300580<br>Assistant Attorney General |
| 5 | STEVE NOVICK*<br>Special Assistant Attorney General | Environmental Protection Division<br>Washington State Attorney General's |
| 6 | Natural Resources Section<br>Oregon Department of Justice | Office<br>800 5th Ave Suite 2000, |
| 7 | 1162 Court Street NE<br>Salem, OR 97301-4096 | Seattle, WA 98104-3188<br>Telephone:  (206) 389-2437 |
| 8 | Telephone:  (503) 947-4593<br>Email: Steve.Novick@doj.state.or.us | Email:  Megan.Sallomi@atg.ca.gov |
| 9 | *Attorneys for Plaintiff State of Oregon* | *Attorneys for Plaintiff State of Washington* |

(Continued listing of attorneys)

ELLEN F. ROSENBLUM
Attorney General of Oregon

/s/ Paul Garrahan
PAUL GARRAHAN*
Attorney-in-Charge
STEVE NOVICK*
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone:  (503) 947-4593
Email: Steve.Novick@doj.state.or.us

*Attorneys for Plaintiff State of Oregon*

PETER F. NERONHA
Attorney General of Rhode Island

/s/ Nicholas M. Vaz
NICHOLAS M. VAZ (*pro hac vice*)
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

THOMAS J. DONOVAN, JR.
Attorney General of Vermont

/s/ Nicholas F. Persampieri
NICHOLAS F. PERSAMPIERI*
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
nick.persampieri@vermont.gov

*Attorneys for Plaintiff State of Vermont*

ROBERT W. FERGUSON
Attorney General of Washington

/s/ Megan Sallomi
MEGAN SALLOMI, State Bar. No. 300580
Assistant Attorney General
Environmental Protection Division
Washington State Attorney General's Office
800 5th Ave Suite 2000,
Seattle, WA 98104-3188
Telephone:  (206) 389-2437
Email:  Megan.Sallomi@atg.ca.gov

*Attorneys for Plaintiff State of Washington*

KARL A. RACINE
Attorney General for the District of Columbia

/s/ Adam Teitelbaum
ADAM TEITELBAUM, State Bar. No. 310565
Deputy Director
Office of the Attorney General
District of Columbia
400 6th St. NW
Washington, DC 20001
Telephone: 202-256-3713
Email:  Adam.Teitelbaum@dc.gov

*Attorneys for Plaintiff District of Columbia*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel
of the City of New York

/s/ Alice R. Baker
ALICE R. BAKER  (*pro hac vice*)
AARON M. BLOOM
JOSEPH PEPE
Senior Counsels
New York City Law Department
100 Church Street
New York, NY 10007
Telephone:  (212) 356-2314
E-mail: albaker@law.nyc.gov

*Attorneys for Plaintiff City of New York*

1  ADAN A. SCHWARTZ
2  Acting District Counsel

3  /s/ Marcia L. Raymond
   MARCIA L. RAYMOND, State Bar No. 215655
4  Assistant Counsel
   Bay Area Air Quality Management District
5  350 Beale Street, Suite 600
   San Francisco, CA 94105
6  (415) 749-5158
   mraymond@baaqmd.gov
7
   *Attorneys for Plaintiff Bay Area Air Quality*
8  *Management District*

9
   *Application for admission pro hac vice*
10 *forthcoming*