IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLEANAIRNOW, et al.,**<br><br>                                 Plaintiffs,<br><br>           v.<br><br>**LOUIS DEJOY, et al.,**<br><br>                                 Defendants. | Case No. 3:22-cv-02576-LB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Judge:  Hon. Laurel Beeler |

Before the Court is Plaintiff State of California, *et al.*'s Administrative Motion to Relate this Case to *State of California, et al. v. U.S. Postal Service, et al.*, Case No. 3:22-cv-02583-KAW (N.D. Cal., complaint filed April 28, 2022).

I find the cases to be related and for that reason the motion is GRANTED.

IT IS SO ORDERED.

Dated:  May 10, 2022

_____
Hon. Laurel Beeler
United States Magistrate Judge