Christopher Mitchell Hendy (SBN 282036)
MAYER BROWN LLP
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
(213) 229-9500
mhendy@mayerbrown.com

Timothy S. Bishop (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7829
tbishop@mayerbrown.com

*Attorneys for Defendants*
*Louis DeJoy and U.S. Postal Service*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　　Defendants.<br><br>CLEANAIRNOW, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LOUIS DEJOY, et al.,<br><br>　　　　　Defendants. | Case Nos. 3:22-cv-02583-JD<br>　　　　　　3:22-cv-02576-JD<br><br>**JOINT STATUS REPORT**<br><br>Honorable James Donato<br>United States District Court Judge |

# JOINT STATUS REPORT

Pursuant to the Court's orders extending the litigation stays in these cases (Case No. 3:22-cv-02583-JD (*State*) Dkt. 121; Case No. 3:22-cv-02576-JD (*CleanAirNow*) Dkt. 63), the parties submit the following status report.

## United States Postal Service's Status Update

This portion of the report is provided by Defendants,[1] and Plaintiffs[2] do not join or endorse it. The Postal Service is currently drafting the supplemental environmental impact statement (SEIS) to modify its Next Generation Delivery Vehicle (NGDV) Acquisitions program. The Postal Service expects to release a draft of the SEIS for public comment by June 30, 2023. The Postal Service had initially anticipated releasing the draft SEIS in May 2023. *See State* Dkt. 106-2 ¶ 12; *CleanAirNow* Dkt. 51-2 ¶ 12. Since then, the Postal Service has had to undertake revisions of several aspects of its environmental analysis, in part based on topics that public commenters raised regarding the scope of the supplemental review. *See* 87 Fed. Reg. 43,561, 43,562 (July 21, 2022) (soliciting scoping comments). In addition, the Postal Service has required more time than initially anticipated to refine its analysis to ensure use of appropriate modeling factors. Based on those developments, the Postal Service now expects to finalize the revised record of decision for the NGDV Acquisitions program in October 2023 (instead of August 2023, as previously projected, *see State* Dkt. 106-2 ¶ 13; *CleanAirNow* Dkt. 51-2 ¶ 13). That is still well before the earliest date when the Postal Service may begin to receive NGDVs. The Postal Service now expects to receive the first such vehicles in June 2024 (instead of October 2023, as previously projected, *see State* Dkt. 106-2 ¶ 5; *CleanAirNow* Dkt. 51-2 ¶ 5).

Plaintiffs' response below renews arguments from their stay briefing and advances new arguments about a recent announcement that the Postal Service's delivery vehicle electrification strategy includes contracts for 9,250 off-the-shelf electric vehicles, 9,250 off-the-shelf gas vehicles,

---

[1] United States Postal Service and United States Postmaster General Louis DeJoy.
[2] In Case No. 3:22-cv-02583-JD: California, New York, Pennsylvania, Colorado, Connecticut, Delaware, the District of Columbia, Illinois, Maine, Maryland, the People of the State of Michigan, New Jersey, New Mexico, North Carolina, Rhode Island, Vermont, Washington, the City of New York, and the Bay Area Air Quality Management District; and in Case No. 3:22-02576-JD: CleanAirNow, Center for Biological Diversity, and the Sierra Club.

and more than 14,000 charging stations.  U.S. Postal Serv., *USPS Moves Forward with Awards to Modernize and Electrify the Nation's Largest Federal Fleet* (Feb. 28, 2023), https://about.usps.com/newsroom/national-releases/2023/0228-usps-moves-forward-with-awards-to-modernize-and-electrify-nations-largest-federal-fleet.htm.  The announcement states that "delivery of the vehicles is intended to commence in December of this year, assuming successful completion of the [SEIS] . . . , and the related issuance of our Record of Decision pursuant to the National Environmental Policy Act," and that "[a]ll awards in today's announcement are contingent on the Postal Service's satisfactory completion of National Environmental Policy Act requirements."  *Id.*  Plaintiffs thus are incorrect to suggest that the contract awards "rely[]" on the existing environmental impact statement.  If Plaintiffs move to lift the stay, the Postal Service will respond in greater detail to Plaintiffs' merits arguments.

**Plaintiffs' Joint Response To The United States Postal Service's Status Update**

This portion of the report is provided by Plaintiffs, and Defendants do not join or endorse it. The Postal Service continues to change the description of its vehicle acquisition project and the project alternatives under review while manufacture of Next Generation Delivery Vehicles and additional vehicle orders are ongoing. *See State* Dkt. 82-1, *CleanAirNow* Dkt. 35-1 (Quigley Decl. at ¶¶ 13-14, 16, 18 [regarding development and manufacture of first 5,000 vehicles in the Next Generation Vehicle Acquisitions order].) On February 28, 2023, the Postal Service announced an additional order of 9,250 off-the-shelf gas-powered vehicles, along with 9,250 off-the-shelf electric vehicles, totaling 18,500 additional vehicles that will start being delivered in December 2023. *See* Postal Service Announcement at: https://about.usps.com/newsroom/national-releases/2023/0228-usps-moves-forward-with-awards-to-modernize-and-electrify-nations-largest-federal-fleet.htm.

The Postal Service is taking these actions while relying on an inadequate and unlawful Environmental Impact Statement ("EIS") and Record of Decision ("ROD"), which do not evaluate the acquisitions that USPS has announced it is pursuing. *See State* Dkt. 116, 116-1; *CleanAirNow* Dkt. 58, 58-1. During an April 26, 2023 teleconference with lead counsel for the parties, the Postal Service did not state which project alternatives—which NEPA requires the Postal Service to

analyze—are currently under review in the Draft Supplemental EIS. Additionally, Defendant Oshkosh Defense, LLC provided no information on the current status of the manufacture of the Next Generation Delivery Vehicles. Now, the Postal Service has stated that its revised ROD will not be finalized until October 2023.

The Postal Service's ongoing vehicle orders and contract for manufacturing activities, for a project proceeding under a deficient EIS and ROD, based on new alternatives that have not been fully studied or disclosed to the public, continue to violate the National Environmental Policy Act, 42 U.S.C. § 4321, *et seq*. If the Postal Service orders any more gas-powered vehicles without full prior environmental review, while the Supplemental EIS and revised ROD are still pending, then Plaintiffs may be compelled to move this Court to lift the stay.

Dated: May 1, 2023

Respectfully submitted,

/s/ *Timothy S. Bishop*
Timothy S. Bishop (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7829
tbishop@mayerbrown.com

Christopher Mitchell Hendy (SBN 282036)
MAYER BROWN LLP
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
(213) 229-9500
mhendy@mayerbrown.com

*Attorneys for Defendants United States Postal Service and Louis DeJoy, in his official capacity as United States Postmaster General*

ROB BONTA
Attorney General of California
ABIGAIL BLODGETT
Supervising Deputy Attorney General

*/s/ Stacy J. Lau*
STACY J. LAU
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1973
E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

FOR THE COMMONWEALTH OF PENNSYLVANIA
MICHELLE HENRY
Acting Attorney General

*/s/ Ann R. Johnston*
ANN R. JOHNSTON
Senior Deputy Attorney General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (215) 560-2171
Email: ajohnston@attorneygeneral.gov

*Attorneys for Plaintiff*
*Commonwealth of Pennsylvania*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Christian Douglas Wright*
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
VANESSA L. KASSAB (*pro hac vice*)
JAMESON A. L. TWEEDIE
RALPH K. DURSTEIN, III
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

*Attorneys for Plaintiff State of Delaware*

LETITIA JAMES
Attorney General of New York

*/s/ Claiborne E. Walthall*
CLAIBORNE E. WALTHALL (*pro hac vice*)
Assistant Attorney General
New York State Office of the Attorney General
Environmental Protection Bureau
State Capitol
Albany, NY 12224
(518) 776-2380
claiborne.walthall@ag.ny.gov

*Attorneys for Plaintiff State of New York*

WILLIAM TONG
Attorney General of Connecticut

*/s/ Daniel Salton*
DANIEL SALTON
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5250
Email: daniel.salton@ct.gov

*Attorneys for Plaintiff State of Connecticut*

AARON M. FREY
Attorney General of Maine

*/s/Jillian R. O'Brien*
JILLIAN R. O'BRIEN, Cal. State Bar No. 251311
JASON ANTON
PAUL SUITTER
Assistant Attorneys General
Six State House Station
Augusta, Maine 04333-0006
Telephone: (207) 626-8800
Fax: (207) 287-3145
Email: Jason.Anton@maine.gov
Email: Paul.Suitter@maine.gov
Email: Jill.Obrien@maine.gov

*Attorneys for Plaintiff State of Maine*

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Jason James<br>JASON E. JAMES (*pro hac vice*)<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br>Office of the Attorney General<br>201 West Pointe Drive, Suite 7<br>Belleville, IL 62226<br>Tel: (872) 276-3583<br>Email: Jason.james@ilag.gov<br><br>*Attorneys for Plaintiff State of Illinois* | ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>/s/ Steven J. Goldstein<br>STEVEN J. GOLDSTEIN (*pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>Telephone: (410) 576-6414<br>Email: sgoldstein@oag.state.md.us<br><br>*Attorneys for Plaintiff State of Maryland* |
| MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br><br>/s/ Lisa Morelli<br>LISA MORELLI, State Bar No. 137092<br>Deputy Attorney General<br>Division of Law<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625-093<br>Telephone: 609-376-2745<br>Email: lisa.morelli@law.njoag.gov<br><br>*Attorneys for Plaintiff State of New Jersey* | RAÚL TORREZ<br>Attorney General of New Mexico<br><br>/s/ William Grantham<br>WILLIAM GRANTHAM (*pro hac vice*)<br>Assistant Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>Telephone: (505) 717-3520<br>E-Mail: wgrantham@nmag.gov<br><br>*Attorneys for Plaintiff State of New Mexico* |
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon<br><br>/s/ Paul Garrahan<br>PAUL GARRAHAN (*pro hac vice*)<br>Attorney-in-Charge<br>STEVE NOVICK (*pro hac vice*)<br>Special Assistant Attorney General<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Telephone: (503) 947-4593<br>Email: Steve.Novick@doj.state.or.us<br><br>*Attorneys for Plaintiff State of Oregon* | JOSHUA H. STEIN<br>Attorney General of North Carolina<br><br>/s/ Asher Spiller<br>ASHER SPILLER<br>Assistant Attorney General<br>FRANCISCO BENZONI<br>Special Deputy Attorney General<br>114. W. Edenton Street<br>Raleigh, NC 27063<br>Telephone: (919)716-7600<br>Email: fbenzoni@ncdoj.gov<br>aspiller@ncdoj.gov<br><br>*Attorneys for Plaintiff State of North Carolina* |

| | |
|---|---|
| FOR THE PEOPLE OF THE STATE OF MICHIGAN<br><br>*/s/ Elizabeth Morriseau*<br>ELIZABETH MORRISSEAU (*pro hac vice*)<br>Assistant Attorney General<br>Environment, Natural Resources,<br>and Agriculture Division<br>Michigan Attorney General's Office<br>6th Floor, G. Mennen Williams Building<br>525 West Ottawa Street<br>PO Box 30755<br>Lansing, MI 48933<br>Telephone: (517) 335-7664<br>Email: MorrisseauE@michigan.gov<br><br>*Attorneys for Plaintiff the People of the State of Michigan*<br><br>CHARITY R. CLARK<br>Attorney General of Vermont<br><br>*/s/ Nicholas F. Persampieri*<br>NICHOLAS F. PERSAMPIERI (*pro hac vice*)<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>nick.persampieri@vermont.gov<br><br>*Attorneys for Plaintiff State of Vermont*<br><br>BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>*/s/ Adam Teitelbaum*<br>ADAM TEITELBAUM, State Bar. No. 310565<br>Deputy Director<br>Office of the Attorney General<br>District of Columbia<br>400 6th St. NW<br>Washington, DC 20001<br>Telephone: 202-256-3713<br>Email: Adam.Teitelbaum@dc.gov<br><br>*Attorneys for Plaintiff District of Columbia* | ROBERT W. FERGUSON<br>Attorney General of Washington<br><br>*/s/ Megan Sallomi*<br>MEGAN SALLOMI, State Bar. No. 300580<br>Assistant Attorney General<br>Environmental Protection Division<br>Washington State Attorney General's Office<br>800 5th Ave Suite 2000,<br>Seattle, WA 98104-3188<br>Telephone: (206) 389-2437<br>Email: Megan.Sallomi@atg.ca.gov<br><br>*Attorney for Plaintiff State of Washington*<br><br><br>PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>*/s/ Nicholas M. Vaz*<br>NICHOLAS M. VAZ (*pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>Telephone: (401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov<br><br>*Attorneys for Plaintiff State of Rhode Island*<br><br><br>ALEXANDER G. CROCKETT<br>District Counsel<br><br>*/s/ Marcia Raymond*<br>MARCIA L. RAYMOND, State Bar No. 215655<br>Assistant Counsel<br>Bay Area Air Quality Management District<br>350 Beale Street, Suite 600<br>San Francisco, CA 94105<br>(415) 749-5158<br>mraymond@baaqmd.gov<br><br>*Attorneys for Plaintiff*<br>*Bay Area Air Quality Management District* |

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel
of the City of New York

/s/Alice R. Baker
ALICE R. BAKER (*pro hac vice*)
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
Telephone: (212) 356-2314
E-mail: albaker@law.nyc.gov

*Attorneys for Plaintiff City of New York*

/s/ Maya D. Golden-Krasner
MAYA D. GOLDEN-KRASNER (SBN 217557)
SCOTT B. HOCHBERG (SBN 305567)
mgoldenkrasner@biologicaldiversity.org
shochberg@biologicaldiversity.org
Climate Law Institute
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7119 / F: (510) 844-7150

*Attorneys for Plaintiff Center for Biological Diversity*

PHIL WEISER
Attorney General of Colorado

/s/ Eric R. Olson
ERIC R. OLSON (*pro hac vice*)
Solicitor General Emeritus
SHANNON STEVENSON
Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508 6548
Eric.Olson@coag.gov

*Attorneys for Plaintiff State of Colorado*

/s/ Adriano L. Martinez
ADRIANO L. MARTINEZ (SBN 237152)
YASMINE L. AGELIDIS (SBN 321967)
CANDICE L. YOUNGBLOOD (SBN 328843)
amartinez@earthjustice.org
yagelidis@earthjustice.org
cyoungblood@earthjustice.org
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
T: (415) 217-2000 / F: (415) 217-2040

*Attorneys for Plaintiffs CleanAirNow and Sierra Club*

/s/ Nathan E. Shafroth
Nathan E. Shafroth (SBN 232505)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
nshafroth@cov.com

*Attorney for Defendant-Intervenor Oshkosh Defense, LLC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

    I hereby certify that the above counsel in Case Nos. 3:22-cv-02583-JD and 3:22-cv-02576-JD have concurred in the filing of this document.

                                             /s/ *Timothy S. Bishop*
                                             Timothy S. Bishop

JOINT STATUS REPORT
Case Nos. 3:22-cv-02583-JD; 3:22-cv-02576-JD

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification of such filing to all counsel of record by operation of the Court's ECF System.

/s/ *Timothy S. Bishop*
Timothy S. Bishop