1  Christopher Mitchell Hendy (SBN 282036)
   MAYER BROWN LLP
2  333 South Grand Avenue, 47th Floor
3  Los Angeles, CA 90071
   (213) 229-9500
4  mhendy@mayerbrown.com

5  Timothy S. Bishop (*pro hac vice*)
   Avi M. Kupfer (*pro hac vice*)
6  MAYER BROWN LLP
7  71 S. Wacker Drive
   Chicago, IL 60606
8  (312) 701-7829
   tbishop@mayerbrown.com
9  akupfer@mayerbrown.com

10 *Attorneys for Defendants*
11 *Louis DeJoy and U.S. Postal Service*

12 *[Additional counsel listed on signature page]*

13                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
14                       SAN FRANCISCO DIVISION

15

16 | STATE OF CALIFORNIA, et al.,              | Case Nos. 3:22-cv-02583-AMO |
17 |        Plaintiffs,                         |           3:22-cv-02576-AMO |
   |                                            | **JOINT STATUS REPORT**      |
18 |   v.                                       |                              |
   |                                            | Honorable Araceli Martínez-Olguín |
19 | UNITED STATES POSTAL SERVICE, et al.,      |                              |
20 |        Defendants.                         |                              |
21 |                                            |                              |
   | CLEANAIRNOW, et al.,                       |                              |
22 |                                            |                              |
   |        Plaintiffs,                         |                              |
23 |                                            |                              |
   |   v.                                       |                              |
24 |                                            |                              |
25 | LOUIS DEJOY, et al.,                       |                              |
   |                                            |                              |
26 |        Defendants.                         |                              |

27
28

**JOINT STATUS REPORT**

Pursuant to the Court's orders (No. 3:22-cv-02583 (*State*) Dkt. 121; No. 3:22-cv-02576 (*CleanAirNow*) Dkt. 63), the parties submit the following status report regarding the supplemental environmental review process and the issuance of a revised record of decision (ROD).

On June 30, 2023, the U.S. Postal Service published a draft supplemental environmental impact statement (SEIS) for the Next Generation Delivery Vehicle (NGDV) Acquisitions program, 88 Fed. Reg. 42,401. The Postal Service is currently soliciting comments on the draft SEIS and held a virtual public hearing on July 26, 2023. *Id.* The comment period will run until August 14, 2023. *Id.* The expected dates for the Postal Service to issue the revised ROD for the NGDV Acquisitions program and receive the first NGDVs remain unchanged from the May 1, 2023 status report. *See States* Dkt. 125; *CleanAirNow* Dkt. 65. The Postal Service anticipates finalizing the revised ROD in October 2023 and expects to begin receiving the first mail-delivery NGDVs in June 2024. The Postal Service also anticipates receiving 12 pre-production NGDVs (six electric and six gas) at the end of April 2024 that it will use for testing and training.

In addition, the previous status report stated that the Postal Service's vehicle modernization strategy will include contracts for 9,250 commercial off-the-shelf electric vehicles, 9,250 commercial off-the-shelf gas vehicles, and more than 14,000 charging stations. U.S. Postal Serv., *USPS Moves Forward with Awards to Modernize and Electrify the Nation's Largest Federal Fleet* (Feb. 28, 2023), https://about.usps.com/newsroom/national-releases/2023/0228-usps-moves-forward-with-awards-to-modernize-and-electrify-nations-largest-federal-fleet.htm. Delivery of the commercial off-the-shelf vehicles "is intended to commence in December of this year, assuming successful completion of the [SEIS] . . . , and the related issuance of" the revised ROD "pursuant to the National Environmental Policy Act." *Id.*

Plaintiffs note that the Postal Service awarded contracts for the aforementioned 18,500 commercial off-the-shelf vehicles before completing review under the National Environmental Policy Act (NEPA), and that the subsequent June 30, 2023 draft SEIS does not consider any alternative with a greater proportion of electric vehicles than what the Postal Service has already committed to in its February 2023 press release. Plaintiffs also note that the Postal Service expects

delivery of gas-powered off-the-shelf vehicles only two months after finalizing the revised ROD. Therefore, if Plaintiffs file a motion to lift the litigation stays and are successful, Plaintiffs will likely seek an expedited briefing schedule to allow the court to address the alleged NEPA violations before a significant number of gas-powered off-the-shelf vehicles are delivered.

Dated: July 31, 2023

Respectfully submitted,

/s/ *Timothy S. Bishop*
Timothy S. Bishop (*pro hac vice*)
Avi M. Kupfer (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7829
tbishop@mayerbrown.com
akupfer@mayerbrown.com

Christopher Mitchell Hendy (SBN 282036)
MAYER BROWN LLP
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
(213) 229-9500
mhendy@mayerbrown.com

*Attorneys for Defendants United States Postal Service and Louis DeJoy, in his official capacity as United States Postmaster General*

| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>ABIGAIL BLODGETT<br>Supervising Deputy Attorney General<br><br>*/s/ Stacy J. Lau*<br>STACY J. LAU<br>Deputy Attorneys General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-1973<br>E-mail:  Stacy.Lau@doj.ca.gov<br><br>*Attorneys for Plaintiff State of California* | LETITIA JAMES<br>Attorney General of New York<br><br>*/s/ Claiborne E. Walthall*<br>CLAIBORNE E. WALTHALL (*pro hac vice*)<br>Assistant Attorney General<br>New York State Office of the Attorney General<br>Environmental Protection Bureau<br>State Capitol<br>Albany, NY 12224<br>(518) 776-2380<br>claiborne.walthall@ag.ny.gov<br><br>*Attorneys for Plaintiff State of New York* |
| FOR THE COMMONWEALTH OF PENNSYLVANIA<br>MICHELLE A. HENRY<br>Attorney General<br><br>*/s/ Ann R. Johnston*<br>ANN R. JOHNSTON<br>Assistant Chief Deputy Attorney General<br>Office of Attorney General<br>Civil Environmental Enforcement Unit<br>Strawberry Square<br>14th Floor<br>Harrisburg, PA 17120<br>Email: ajohnston@attorneygeneral.gov<br>(717) 497-3678<br><br>*Attorneys for Plaintiff*<br>*Commonwealth of Pennsylvania* | WILLIAM TONG<br>Attorney General of Connecticut<br><br>*/s/ Daniel Salton*<br>DANIEL SALTON<br>Assistant Attorney General<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue<br>Hartford, CT 06106<br>Telephone: (860) 808-5250<br>Email: daniel.salton@ct.gov<br><br>*Attorneys for Plaintiff State of Connecticut* |

| | |
|---|---|
| KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>*/s/ Christian Douglas Wright*<br>CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation<br>VANESSA L. KASSAB (*pro hac vice*)<br>JAMESON A. L. TWEEDIE<br>RALPH K. DURSTEIN, III<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br><br>*Attorneys for Plaintiff State of Delaware* | AARON M. FREY<br>Attorney General of Maine<br><br>*/s/Jillian R. O'Brien*<br>JILLIAN R. O'BRIEN, Cal. State Bar No. 251311<br>JASON ANTON<br>PAUL SUITTER<br>Assistant Attorneys General<br>Six State House Station<br>Augusta, Maine 04333-0006<br>Telephone: (207) 626-8800<br>Fax: (207) 287-3145<br>Email: Jason.Anton@maine.gov<br>Email: Paul.Suitter@maine.gov<br>Email: Jill.Obrien@maine.gov<br><br>*Attorneys for Plaintiff State of Maine* |
| KWAME RAOUL<br>Attorney General of Illinois<br><br>*/s/ Jason James*<br>JASON E. JAMES (*pro hac vice*)<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br>Office of the Attorney General<br>201 West Pointe Drive, Suite 7<br>Belleville, IL 62226<br>Tel: (872) 276-3583<br>Email: Jason.james@ilag.gov<br><br>*Attorneys for Plaintiff State of Illinois* | ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>*/s/ Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN (*pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>Telephone: (410) 576-6414<br>Email: sgoldstein@oag.state.md.us<br><br>*Attorneys for Plaintiff State of Maryland* |
| | RAÚL TORREZ<br>Attorney General of New Mexico<br><br>*/s/ William Grantham*<br>WILLIAM GRANTHAM (*pro hac vice*)<br>Assistant Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>Telephone: (505) 717-3520<br>E-Mail: wgrantham@nmag.gov<br><br>*Attorneys for Plaintiff State of New Mexico* |

| | | |
|---|---|---|
| 1 | MATTHEW J. PLATKIN<br>Attorney General of New Jersey | JOSHUA H. STEIN<br>Attorney General of North Carolina |
| 2 | | |
| 3 | */s/ Lisa Morelli*<br>LISA MORELLI, State Bar No. 137092 | */s/ Asher Spiller*<br>ASHER SPILLER |
| 4 | Deputy Attorney General<br>Division of Law | Assistant Attorney General<br>FRANCISCO BENZONI |
| 5 | 25 Market Street<br>P.O. Box 093 | Special Deputy Attorney General<br>114. W. Edenton Street |
| 6 | Trenton, NJ 08625-093<br>Telephone: 609-376-2740 | Raleigh, NC 27063<br>Telephone: (919)716-7600 |
| 7 | Email: lisa.morelli@law.njoag.gov | Email: fbenzoni@ncdoj.gov<br>aspiller@ncdoj.gov |
| 8 | *Attorneys for Plaintiff State of New Jersey* | |
| 9 | | *Attorneys for Plaintiff State of North Carolina* |
| 10 | ELLEN F. ROSENBLUM | |
| 11 | Attorney General of Oregon | |
| 12 | */s/ Paul Garrahan* | ROBERT W. FERGUSON<br>Attorney General of Washington |
| 13 | PAUL GARRAHAN (*pro hac vice*)<br>Attorney-in-Charge | */s/ Megan Sallomi* |
| 14 | STEVE NOVICK (*pro hac vice*)<br>Special Assistant Attorney General | MEGAN SALLOMI, State Bar. No. 300580<br>Assistant Attorney General |
| 15 | Natural Resources Section<br>Oregon Department of Justice | Environmental Protection Division<br>Washington State Attorney General's Office |
| 16 | 1162 Court Street NE<br>Salem, OR 97301-4096 | 800 5th Ave Suite 2000,<br>Seattle, WA 98104-3188 |
| 17 | Telephone: (503) 947-4593<br>Email: Steve.Novick@doj.state.or.us | Telephone: (206) 389-2437<br>Email: Megan.Sallomi@atg.ca.gov |
| 18 | | |
| 19 | *Attorneys for Plaintiff State of Oregon* | *Attorney for Plaintiff State of Washington* |
| 20 | | |
| 21 | | PETER F. NERONHA<br>Attorney General of Rhode Island |
| 22 | | |
| 23 | | */s/ Nicholas M. Vaz*<br>NICHOLAS M. VAZ (*pro hac vice*) |
| 24 | | Special Assistant Attorney General<br>Office of the Attorney General |
| 25 | | Environmental and Energy Unit<br>150 South Main Street |
| 26 | | Providence, Rhode Island 02903<br>Telephone: (401) 274-4400 ext. 2297 |
| 27 | | nvaz@riag.ri.gov |
| 28 | | *Attorneys for Plaintiff State of Rhode Island* |

| | |
|---|---|
| FOR THE PEOPLE OF THE<br>STATE OF MICHIGAN<br><br>*/s/ Elizabeth Morriseau*<br>ELIZABETH MORRISSEAU (*pro hac vice*)<br>Assistant Attorney General<br>Environment, Natural Resources,<br>and Agriculture Division<br>Michigan Attorney General's Office<br>6th Floor, G. Mennen Williams Building<br>525 West Ottawa Street<br>PO Box 30755<br>Lansing, MI 48933<br>Telephone: (517) 335-7664<br>Email: MorrisseauE@michigan.gov<br><br>*Attorneys for Plaintiff the People of the State of Michigan*<br><br>CHARITY R. CLARK<br>Attorney General of Vermont<br><br>*/s/ Nicholas F. Persampieri*<br>NICHOLAS F. PERSAMPIERI (*pro hac vice*)<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>nick.persampieri@vermont.gov<br><br>*Attorneys for Plaintiff State of Vermont*<br><br>BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>*/s/ Adam Teitelbaum*<br>ADAM TEITELBAUM, State Bar. No. 310565<br>Deputy Director<br>Office of the Attorney General<br>District of Columbia<br>400 6th St. NW<br>Washington, DC 20001<br>Telephone: 202-256-3713<br>Email: Adam.Teitelbaum@dc.gov<br><br>*Attorneys for Plaintiff District of Columbia* | ALEXANDER G. CROCKETT<br>District Counsel<br><br>*/s/ Marcia Raymond*<br>MARCIA L. RAYMOND, State Bar No. 215655<br>Assistant Counsel<br>Bay Area Air Quality Management District<br>350 Beale Street, Suite 600<br>San Francisco, CA 94105<br>(415) 749-5158<br>mraymond@baaqmd.gov<br><br>*Attorneys for Plaintiff*<br>*Bay Area Air Quality Management District*<br><br>PHIL WEISER<br>Attorney General of Colorado<br><br>*/s/ Shannon Stevenson*<br>SHANNON STEVENSON<br>Solicitor General<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508 6548<br>shannon.stevenson@coag.gov<br><br>*Attorneys for Plaintiff State of Colorado*<br><br>*/s/ Adriano L. Martinez*<br>ADRIANO L. MARTINEZ (SBN 237152)<br>YASMINE L. AGELIDIS (SBN 321967)<br>CANDICE L. YOUNGBLOOD (SBN 328843)<br>amartinez@earthjustice.org<br>yagelidis@earthjustice.org<br>cyoungblood@earthjustice.org<br>Earthjustice<br>707 Wilshire Blvd., Suite 4300<br>Los Angeles, CA 90017<br>T: (415) 217-2000 / F: (415) 217-2040<br><br>*Attorneys for Plaintiffs CleanAirNow and Sierra Club* |

<span style="display:none"></span>

| | |
|---|---|
| HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel<br>of the City of New York<br><br>*/s/Alice R. Baker*<br>ALICE R. BAKER (*pro hac vice*)<br>Senior Counsel<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007<br>Telephone: (212) 356-2314<br>E-mail: albaker@law.nyc.gov<br><br>*Attorneys for Plaintiff City of New York* | */s/ Nathan E. Shafroth*<br>Nathan E. Shafroth (SBN 232505)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>nshafroth@cov.com<br><br>*Attorney for Defendant-Intervenor*<br>*Oshkosh Defense, LLC* |

*/s/ Scott B. Hochberg*
MAYA D. GOLDEN-KRASNER (SBN 217557)
SCOTT B. HOCHBERG (SBN 305567)
mgoldenkrasner@biologicaldiversity.org
shochberg@biologicaldiversity.org
Climate Law Institute
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7119 / F: (510) 844-7150

*Attorneys for Plaintiff Center for Biological Diversity*

- 8 -

JOINT STATUS REPORT
Case Nos. 3:22-cv-02583-AMO; 3:22-cv-02576-AMO

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I hereby certify that the above counsel in Case Nos. 3:22-cv-02583-AMO and 3:22-cv-02576-AMO have concurred in the filing of this document.

                                          /s/ *Timothy S. Bishop*
                                          Timothy S. Bishop

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification of such filing to all counsel of record by operation of the Court's ECF System.

/s/ *Timothy S. Bishop*
Timothy S. Bishop