1  ROB BONTA
   Attorney General of California
2  ABIGAIL BLODGETT
   Supervising Deputy Attorney General
3  STACY J. LAU (SBN 254507)
   Deputy Attorney General
4   1515 Clay Street, 20th Floor
   P.O. Box 70550
5   Oakland, CA 94612-0550
   Telephone: (510) 879-1973
6   Fax:  (510) 622-2270
   E-mail:  Stacy.Lau@doj.ca.gov
7
8  *Attorneys for Plaintiff State of California*

9  *[Additional counsel listed on signature page]*

10
11              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
12                SAN FRANCISCO DIVISION

13  **STATE OF CALIFORNIA, STATE OF**          Case Nos. 3:22-cv-02583-RFL
    **NEW YORK, COMMONWEALTH OF**                       3:22-cv-02576-RFL
14  **PENNSYLVANIA, STATE OF**
    **COLORADO, STATE OF**                    **ADMINISTRATIVE MOTION TO**
15  **CONNECTICUT, STATE OF**                 **CONSIDER WHETHER ANOTHER**
    **DELAWARE, STATE OF ILLINOIS,**          **PARTY'S MATERIALS SHOULD BE**
16  **STATE OF MAINE, STATE OF**              **SEALED**
    **MARYLAND, PEOPLE OF THE STATE**
17  **OF MICHIGAN, STATE OF NEW**
    **JERSEY, STATE OF NEW MEXICO,**
18  **STATE OF NORTH CAROLINA, STATE**
    **OF OREGON, STATE OF RHODE**
19  **ISLAND, STATE OF VERMONT, STATE**
    **OF WASHINGTON, DISTRICT OF**
20  **COLUMBIA, CITY OF NEW YORK, and**
    **the BAY AREA AIR QUALITY**
21  **MANAGEMENT DISTRICT,**

22
                              Plaintiffs,
23
            v.
24
    **UNITED STATES POSTAL SERVICE,**
25  **and LOUIS DEJOY, in his official capacity**
    **as United States Postmaster General,**
26
27                            Defendants.

28

1
2
3
4
5
6
7
8
9

**CLEANAIRNOW; CENTER FOR
BIOLOGICAL DIVERSITY; and SIERRA
CLUB,**

                          Plaintiffs,

             **v.**

**LOUIS DEJOY, in his official capacity as
U.S. Postmaster General; and U.S. POSTAL
SERVICE,**

                       Defendants.

10        Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby bring this Administrative

11  Motion to Consider Whether Another Party's Material Should Be Sealed in connection with

12  Plaintiffs' Consolidated Motion for Summary Judgment filed on May 24, 2024. Plaintiffs

13  understand that Defendants United States Postal Service and Louis DeJoy, in his official capacity

14  as United States Postmaster General ("Defendants") may claim that Plaintiffs' motion, which

15  cites administrative record material that Defendants have marked "Confidential," contains

16  confidential information. Thus, Plaintiffs have conditionally filed a redacted version of their

17  Consolidated Motion for Summary Judgment. Plaintiffs file this motion to afford Defendants the

18  opportunity to file any statement and/or declaration in support of sealing that it deems necessary

19  in accordance with Civil Local Rule 79-5(f)(3).

20        Under Civil Local Rule 79-5(f), when a party seeks to seal a document that has been

21  designated as confidential by another party or non-party, the moving party must file a Motion to

22  Consider Whether Another Party's Material Should Be Sealed. The motion must "identify each

23  document or portions thereof for which sealing is sought." Civ. L.R. 79-5(f)(1). "Within 7 days of

24  the motion's filing, the Designating Party must file a statement and/or declaration as described in

25  [Civil Local Rule 79-5(c)(1)]." Civ. L.R. 79-5(f)(3). "If any party wishes to file a response, it

26  must do so no later than 4 days after the Designating Party files its statement and/or declaration."

27  Civ. L.R. 79-5(f)(4).

28

1    Plaintiffs respectfully request that the Court consider whether the following information in

2    Plaintiffs' Consolidated Motion for Summary Judgment should remain redacted:

3       • Page 22, lines 24-26

4       • Page 23, lines 8-11

5       • Page 24, lines 5-7

6       • Page 24, lines 12-13

7       • Page 24, lines 15-21

8       • Page 25, lines 6-9

9       • Page 30, lines 1-3

10      • Page 32, footnote 9, lines 1-3

11      • Page 38, lines 26-27

12

13    The identified information quotes and/or references administrative record material that

14    was marked "Confidential" and "Subject to Protective Order" pursuant to the parties' Stipulated

15    Protective Order. *See* Dkt. 77 in Case No. 3:22-cv-02576-RFL; Dkt. 151 in Case No. 3:22-cv-

16    02583-RFL. Attached to this motion is an unredacted copy of Plaintiffs' Consolidated Motion for

17    Summary Judgment, with the proposed redactions highlighted in blue, for this Court's

18    consideration.

19    In compliance with Local Rule 5-1(h), the filer of this document attests that all signatories

20    listed have concurred in the filing of this document.

21

22    Dated: May 24, 2024                          Respectfully submitted,

23

24

25

26

27

28

1

2

ROB BONTA
Attorney General of California

3

ABIGAIL BLODGETT
Supervising Deputy Attorney General

4

5

/s/ Stacy J. Lau
STACY J. LAU

6

Deputy Attorneys General
1515 Clay Street, 20th Floor

7

P.O. Box 70550
Oakland, CA 94612-0550

8

Telephone: (510) 879-1973
E-mail:  Stacy.Lau@doj.ca.gov

9

10

Attorneys for Plaintiff State of California

11

12

13

FOR THE COMMONWEALTH OF
PENNSYLVANIA

14

MICHELLE A. HENRY
Attorney General

15

/s/ Ann R. Johnston

16

ANN R. JOHNSTON
Assistant Chief Deputy Attorney General

17

Office of Attorney General
Civil Environmental Enforcement Unit

18

Strawberry Square
14th Floor

19

Harrisburg, PA 17120
Email: ajohnston@attorneygeneral.gov

20

(717) 497-3678

21

22

Attorneys for Plaintiff
Commonwealth of Pennsylvania

23

24

25

26

27

28

LETITIA JAMES
Attorney General of New York

/s/ Claiborne E. Walthall
CLAIBORNE E. WALTHALL (*pro hac vice*)
Assistant Attorney General
New York State Office of the Attorney General
Environmental Protection Bureau
State Capitol
Albany, NY 12224
(518) 776-2380
claiborne.walthall@ag.ny.gov

Attorneys for Plaintiff State of New York

WILLIAM TONG
Attorney General of Connecticut

/s/ Daniel Salton
DANIEL SALTON
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5250
Email: daniel.salton@ct.gov

Attorneys for Plaintiff State of Connecticut

- 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KATHLEEN JENNINGS
Attorney General of Delaware

/s/ Vanessa L. Kassab
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
VANESSA L. KASSAB (pro hac vice)
JAMESON A. L. TWEEDIE
RALPH K. DURSTEIN, III
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

Attorneys for Plaintiff State of Delaware

KWAME RAOUL
Attorney General of Illinois

/s/ Jason E. James
JASON E. JAMES (pro hac vice)
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/Asbestos
Litigation Division
Office of the Attorney General
201 West Pointe Drive, Suite 7
Belleville, IL 62226
Tel: (872) 276-3583
Email: Jason.james@ilag.gov

Attorneys for Plaintiff State of Illinois

MATTHEW J. PLATKIN
Attorney General of New Jersey

/s/ Lisa Morelli
LISA MORELLI, State Bar No. 137092
Deputy Attorney General
Division of Law
25 Market Street
P.O. Box 093
Trenton, NJ 08625-093
Telephone: 609-376-2740
Email: lisa.morelli@law.njoag.gov

Attorneys for Plaintiff State of New Jersey

AARON M. FREY
Attorney General of Maine

/s/ Jillian R. O'Brien
JILLIAN R. O'BRIEN, Cal. State Bar No. 251311
JASON ANTON
PAUL SUITTER
Assistant Attorneys General
Six State House Station
Augusta, Maine 04333-0006
Telephone: (207) 626-8800
Fax: (207) 287-3145
Email: Jason.Anton@maine.gov
Email: Paul.Suitter@maine.gov
Email: Jill.Obrien@maine.gov

Attorneys for Plaintiff State of Maine

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Steven J. Goldstein
STEVEN J. GOLDSTEIN (pro hac vice)
Special Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Telephone: (410) 576-6414
Email: sgoldstein@oag.state.md.us

Attorneys for Plaintiff State of Maryland

RAÚL TORREZ
Attorney General of New Mexico

/s/ William Grantham
WILLIAM GRANTHAM (pro hac vice)
Assistant Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
Telephone: (505) 717-3520
E-Mail: wgrantham@nmag.gov

Attorneys for Plaintiff State of New Mexico

1   FOR THE STATE OF OREGON

2   ELLEN F. ROSENBLUM
    ATTORNEY GENERAL
3
    */s/ Paul Garrahan*_____
4   PAUL GARRAHAN (*pro hac vice*)
    Attorney-in-Charge
5   STEVE NOVICK (*pro hac vice*)
    Special Assistant Attorney General
6   Natural Resources Section
    Oregon Department of Justice
7   1162 Court Street NE
    Salem, Oregon 97301-4096
8   (503) 947-4540
    Paul.Garrahan@doj.oregon.gov
9   Steve.Novick@doj.oregon.gov
10
11  *Attorneys for Plaintiff State of Oregon*
12
13
14  FOR THE PEOPLE OF THE
    STATE OF MICHIGAN
15
    */s/ Elizabeth Morrisseau*_____
16  ELIZABETH MORRISSEAU (*pro hac vice*)
    Assistant Attorney General
17  Environment, Natural Resources,
    and Agriculture Division
18  Michigan Attorney General's Office
    6th Floor, G. Mennen Williams Building
19  525 West Ottawa Street
    PO Box 30755
20  Lansing, MI 48933
    Telephone: (517) 335-7664
21  Email: MorrisseauE@michigan.gov
22
    *Attorneys for Plaintiff the People of the State of*
23  *Michigan*
24
25
26
27
28

JOSHUA H. STEIN
Attorney General of North Carolina

*/s/ Francisco Benzoni*_____
ASHER SPILLER
Assistant Attorney General
FRANCISCO BENZONI
Special Deputy Attorney General
114. W. Edenton Street
Raleigh, NC 27063
Telephone: (919)716-7600
Email: fbenzoni@ncdoj.gov
aspiller@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

ROBERT W. FERGUSON
Attorney General of Washington

*/s/ Megan Sallomi*_____
MEGAN SALLOMI, State Bar. No. 300580
Assistant Attorney General
Environmental Protection Division
Washington State Attorney General's Office
800 5th Ave Suite 2000,
Seattle, WA 98104-3188
Telephone: (206) 389-2437
Email: Megan.Sallomi@atg.ca.gov

*Attorney for Plaintiff State of Washington*

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Nicholas M. Vaz*_____
NICHOLAS M. VAZ (*pro hac vice*)
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

CHARITY R. CLARK
Attorney General of Vermont

/s/ Ryan Kane
RYAN KANE (*pro hac vice*)
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-2153
ryan.kane@vermont.gov

*Attorneys for Plaintiff State of Vermont*

ALEXANDER G. CROCKETT
District Counsel

/s/ Marcia L. Raymond
MARCIA L. RAYMOND, State Bar No. 215655
Assistant Counsel
Bay Area Air Quality Management District
350 Beale Street, Suite 600
San Francisco, CA 94105
(415) 749-5158
mraymond@baaqmd.gov

*Attorneys for Plaintiff*
*Bay Area Air Quality Management District*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

/s/ Adam Teitelbaum
ADAM TEITELBAUM, State Bar. No. 310565
Deputy Director
Office of the Attorney General
District of Columbia
400 6th St. NW
Washington, DC 20001
Telephone: 202-256-3713
Email: Adam.Teitelbaum@dc.gov

*Attorneys for Plaintiff District of Columbia*

PHILIP J. WEISER
Attorney General of Colorado

/s/ Carrie Noteboom
CARRIE NOTEBOOM (*pro hac vice*)
Assistant Deputy Attorney General
Natural Resources and Environment Section
Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
(720) 508 6285
carrie.noteboom@coag.gov

*Attorneys for Plaintiff State of Colorado*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel
of the City of New York

/s/ Alice R. Baker
ALICE R. BAKER (*pro hac vice*)
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
Telephone: (212) 356-2314
E-mail: albaker@law.nyc.gov

*Attorneys for Plaintiff City of New York*

/s/ Adriano L. Martinez
ADRIANO L. MARTINEZ (SBN 237152)
YASMINE L. AGELIDIS (SBN 321967)
CANDICE L. YOUNGBLOOD (SBN 328843)
amartinez@earthjustice.org
yagelidis@earthjustice.org
cyoungblood@earthjustice.org
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
T: (415) 217-2000 / F: (415) 217-2040

*Attorneys for Plaintiffs CleanAirNow*
*and Sierra Club*

1

2      /s/ Scott B. Hochberg
       MAYA D. GOLDEN-KRASNER (SBN 217557)
3      SCOTT B. HOCHBERG (SBN 305567)
       mgoldenkrasner@biologicaldiversity.org
4      shochberg@biologicaldiversity.org
       Climate Law Institute
5      Center for Biological Diversity
       1212 Broadway, Suite 800
6      Oakland, CA 94612
       T: (510) 844-7119 / F: (510) 844-7150
7

8      *Attorneys for Plaintiff Center for*
       *Biological Diversity*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

1

2

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

3

I hereby certify that the above counsel in Case Nos. 3:22-cv-02583 and 3:22-cv-02576

4

have concurred in the filing of this document.

5

6
/s/ *Stacy J. Lau*
Stacy J. Lau

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

761004667.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification of such filing to all counsel of record by operation of the Court's ECF System.

/s/ *Adriano L. Martinez*
Adriano L. Martinez

761004667.1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL