1
2
3
4
5
6
7
8
9

ROB BONTA
Attorney General of California
ABIGAIL BLODGETT
Supervising Deputy Attorney General
STACY J. LAU (SBN 254507)
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-1973
 Fax:  (510) 622-2270
 E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

10
11
12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, and the BAY AREA AIR QUALITY MANAGEMENT DISTRICT,** | Case Nos. 3:22-cv-02583-RFL<br>3:22-cv-02576-RFL<br><br>**STANDING DECLARATIONS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT** |
| Plaintiffs, | |
| v. | |
| **UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, in his official capacity as United States Postmaster General,** | |
| Defendants. | |

- 1 -

1   **CLEANAIRNOW; CENTER FOR**
2   **BIOLOGICAL DIVERSITY; and SIERRA**
    **CLUB,**
3
                              Plaintiffs,
4
5                    **v.**
6   **LOUIS DEJOY, in his official capacity as**
    **U.S. Postmaster General; and U.S. POSTAL**
7   **SERVICE,**

8                              Defendants.

9

10   **STANDING DECLARATIONS IN SUPPORT OF  PLAINTIFFS'**
     **CONSOLIDATED MOTION FOR SUMMARY JUDGMENT**

11   Declaration of Rayan Makarem……………………………………….…Standing-1

12   Declaration of Jennifer Molidor……………………………………………Standing-5

13   Declaration of Mary Reinhart…………………………………………....Standing-10

14   Declaration of Christopher LaLone……………………………………....Standing-14

15   Declaration of Sarah Johnson……………………………………………....Standing-34

16   Declaration of Hadrian Dykiel………………………………………….Standing-41

17   Declaration of Huda Fashho…………………………………………….Standing-44

18   Declaration of Jay Chamberlin………………………………………….Standing-47

19   Declaration of Jody Isenberg…………………………………………….Standing-54

20

21

22

23

24

25

26

27

28

1  Rob Bonta
   Attorney General of California
2  Abigail Blodgett
   Supervising Deputy Attorney General
3  Stacy J. Lau (SBN 254507)
   Deputy Attorney General
4   1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA 94612-0550
6   Telephone: (510) 879-1973
    Fax:  (510) 622-2270
7   E-mail:  Stacy.Lau@doj.ca.gov
8  *Attorneys for Plaintiff State of California*
9

10              UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION
12

13  **STATE OF CALIFORNIA, STATE OF**         Case Nos. 3:22-cv-02583-RFL
14  **NEW YORK, COMMONWEALTH OF**                        3:22-cv-02576-RFL
    **PENNSYLVANIA, STATE OF**
15  **COLORADO, STATE OF**
    **CONNECTICUT, STATE OF**
16  **DELAWARE, STATE OF ILLINOIS,**          **DECLARATION OF RAYAN**
    **STATE OF MAINE, STATE OF**              **MAKAREM IN SUPPORT OF**
17  **MARYLAND, PEOPLE OF THE STATE**         **PLAINTIFFS' MOTION FOR**
    **OF MICHIGAN, STATE OF NEW**             **SUMMARY JUDGMENT**
18  **JERSEY, STATE OF NEW MEXICO,**
19  **STATE OF NORTH CAROLINA, STATE**
    **OF OREGON, STATE OF RHODE**
20  **ISLAND, STATE OF VERMONT, STATE**
    **OF WASHINGTON, DISTRICT OF**
21  **COLUMBIA, CITY OF NEW YORK, and**
    **the BAY AREA AIR QUALITY**
22  **MANAGEMENT DISTRICT,**

23                                  Plaintiffs,

24                     v.

25  **UNITED STATES POSTAL SERVICE,**
26  **and LOUIS DeJOY, in his official capacity**
    **as United States Postmaster General,**
27

28                                 Defendants.

                                               **Standing-1**
                              - 2 -
    DECLARATION OF RAYAN MAKAREM IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
                                              Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

1
2

**CLEANAIRNOW; CENTER FOR BIOLOGICAL DIVERSITY; and SIERRA CLUB,**

3

Plaintiffs,

4

v.

5
6
7

**LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE,**

8

Defendants.

9
10

**DECLARATION OF RAYAN MAKAREM**

11

I, Rayan Makarem, declare as follows:

12

     1.     I am the Director of Environmental Justice Policy at CleanAirNow. I have worked

13

at CleanAirNow since 2022.

14

     2.     I live in Fairway, Kansas, and work at the CleanAirNow office in the Argentine

15

neighborhood.

16
17

     3.     CleanAirNow holds regular meetings to strategize how best to address air

18

pollution and environmental injustice in the Kansas City metro area. As a community member, I

19

provide input on these strategies, in addition to gathering input from fellow community members.

20

I am a community member from a community where CleanAirNow works to address pollution

21

and other impacts.

22

     4.     CleanAirNow's members are impacted by transportation pollution every day.

23
24

CleanAirNow's members have an interest in reducing the air quality and noise pollution in and

25

around their homes, neighborhoods, places of work, schools, and parks. CleanAirNow's members

26

also have an interest in minimizing and eliminating additional harms to their members' health

27

from the Postal Service's decision to procure internal combustion vehicles.

28

**Standing-2**

5.      CleanAirNow's communities are particularly concerned about the cumulative impact of transportation pollution like Postal Trucks and their impacts on overburdened communities. CleanAirNow believes we must pursue 100 percent zero-emission fleets to address the environmental injustice in communities.

6.      I regularly see postal vehicles in my neighborhood. In addition, I live less than a mile from a major depot for the post office where many postal vehicles come into and out of each day.

7.      I am deeply concerned about the impacts of this pollution on my health. In addition, electric vehicles are quieter, and deployment of these vehicles will help make my neighborhood quieter.

8.      I also have a two year old daughter. I am very concerned about the impacts of air pollution on her. I fear she will develop asthma or other respiratory problems. I also am concerned about the impacts of air pollution on my spouse.  Postal trucks spewing pollution in our neighborhoods poses a threat to my family's health, and I am deeply concerned about their safety.

9.      Air pollution impacts me and my family on a daily basis. Air pollution makes it so we have to go elsewhere to recreate outside. I wish pollution were lower in my neighborhood from the myriad of transportation pollution like locomotives, trucks and delivery vehicles like postal trucks. If zero-emissions were implemented, I would save time and transportation costs from having to leave my neighborhood to recreate.

10.      Specifically, I believe cleaning up postal trucks would make my neighborhood safer from air pollution. Unfortunately, the Postal Service has not committed to pursuing a 100 percent or close to 100 percent zero-emission fleet. Instead, it will continue to operate combustion trucks. The Postal Service also plans to procure tens of thousands combustion trucks that could be on our roads for decades.

**Standing-3**

11.     The Postal Service provides no commitment to deploy the electric trucks it will buy in neighborhoods like mine. It is important that overburdened communities across the country receive zero-emission postal trucks first. Our communities suffer the consequences of air pollution most, and zero-emission trucks will provide desperately needed relief.

12.     Had the postal service properly analyzed the environmental justice consequences of its vehicles programs, I believe it would have deployed zero-emission trucks in my neighborhood first.

13.     As a member of an overburdened community, I support the litigation CleanAirNow, Sierra Club, and the Center for Biological Diversity are pursing to clean up harmful postal truck pollution.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on May 18, 2024.

Rayan Makarem

**Standing-4**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROB BONTA
Attorney General of California
ABIGAIL BLODGETT
Supervising Deputy Attorney General
STACY J. LAU (SBN 254507)
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-1973
 Fax:  (510) 622-2270
 E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, and the BAY AREA AIR QUALITY MANAGEMENT DISTRICT,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, in his official capacity as United States Postmaster General,**<br><br>Defendants. | Case Nos. 3:22-cv-02583-RFL<br>3:22-cv-02576-RFL<br><br><br>**DECLARATION OF JENNIFER MOLIDOR IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

**Standing-5**

- 1 -

**CLEANAIRNOW; CENTER FOR BIOLOGICAL DIVERSITY; and SIERRA CLUB,**

Plaintiffs,

**v.**

**LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE,**

Defendants.

# DECLARATION OF JENNIFER MOLIDOR

I, Jennifer Molidor, state and declare as follows:

1.      I submit this declaration in support of the standing of Center for Biological Diversity to challenge the revised Record of Decision of the U.S. Postal Service ("USPS" or "Postal Service") for its Next Generation Delivery Vehicle Acquisitions program.

2.      I am over 18 years of age and competent to give this declaration. I have personal knowledge of the following facts, and if called as a witness could and would testify competently to them. As to those matters which reflect an opinion, they reflect my personal opinion and judgment on the matter.

3.      I have been a member of the Center for Biological Diversity (the "Center") since 2015, and I rely upon the Center to represent my interests in protecting our air quality and our environment by gathering and disseminating information about air pollution, advocating for the remediation of that pollution, and enforcing our environmental laws in the courts.

4.      I work as a Senior Food Campaigner for the Center for Biological Diversity, where I help lead the organization's sustainable food initiatives. I work to limit the harms of animal industrial agriculture, overpopulation, and overconsumption, while aiming to make our food systems more sustainable for wildlife and the planet. I hold a Ph.D. from the University of Notre Dame and have taught for many years as a professor at Kansas State University and San Francisco State University.

**Standing-6**

5.      I live in Cloverdale, California, a city of approximately 8,000 people located in Sonoma County. I live in a single-family home on a busy corner near one of the main intersections in the city. That intersection draws a lot of vehicle traffic because it is near schools and a large suburban neighborhood. I can smell the exhaust and hear the noise from these vehicles almost all the time when I am home.

6.      I receive mail on a daily basis from USPS. My mail carrier delivers the mail to my house in a Grumann Long Life Vehicle, a traditional USPS delivery truck. USPS makes multiple stops in front of my house each day. When I asked my postal carrier about the number of rounds the Postal Service makes, he told me they come twice a day: once to deliver mail and once to deliver packages. I have noted that on many days the truck actually comes to my home to deliver mail three or four times. Other postal vehicles drive past my house many more times per day.

7.      My house is approximately a five-minute walk to our local post office. The post office houses approximately 6-7 delivery vehicles. I see and hear these vehicles multiple times each day.

8.      I moved to Cloverdale to escape the city and be closer to nature, and I spend a lot of time outdoors. I spend a part of almost every day in my front yard gardening, along with my three-year-old son and my dog. I also take long walks around town, sometimes up to six miles, especially along the Russian River.

9.      I am aware that the United States Postal Service recently finalized a plan to purchase Next Generation Delivery Vehicles to replace most of its current fleet of delivery trucks. The Postal Service's original plan called for approximately 90% of the new vehicle fleet to be gas-burning vehicles, while the remaining 10% would be electric vehicles. I understand that the Postal Service has already signed a contract and paid the first installment to a private company to begin producing these vehicles. I understand that USPS has announced an increase in the number of electric vehicles it would purchase since then.

10.     My health is directly injured by the Postal Service's acquisition plan. I have asthma that is made worse when the air quality is bad. For example, during the past few years when wildfire smoke was severe in my region, I noticed that my asthma was worse. The health of

- 3 -

**Standing-7**

my son and my dog are also harmed, as they spend long periods of time outside with me. Additional vehicle exhaust from the gas-burning Postal Service trucks adds to the airborne pollution in my area. If the Postal Service's gas-burning vehicles are passing through my neighborhood multiple times per day for the next several decades, it would limit the outdoor leisure and recreation activities I could enjoy, especially gardening and taking long walks. Had the Postal Service instead chosen to procure a higher percentage of electric vehicles, I would not have these concerns to the same degree.

11.     Furthermore, I know that increased greenhouse gas ("GHG") emissions worsen climate change, and that the Postal Service's acquisition plan will increase GHG emissions, relative to a plan with more electric vehicles. Increased GHG emissions will lead to more severe weather events in my area, including more extreme wildfires during the summer. The plan will also deepen our dependence on oil, the underlying root issue that is accelerating climate change. Instead, the Postal Service should have done a more comprehensive environmental review before finalizing a plan that fully considered the effects of its decision on greenhouse gas emissions and other air quality metrics.

12.     I joined the Center for Biological Diversity to do my part in fighting climate change. I believe the fossil fuel industry is responsible for accelerating the most severe effects of climate change and that electric vehicles are the future. I own a hybrid Toyota Highlander that I bought out of concern for environmental issues, and I would consider buying a fully electric vehicle once the prices come down. I am also interested in purchasing an electric bike. My personal, aesthetic, and recreational interests are harmed by the Postal Service's decision to purchase fossil-fuel polluting vehicles that would be in use for the next several decades.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 21, 2024 in Cloverdale, CA.

**Standing-8**

1

Jennifer Molidor

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Standing-9**

Rob Bonta
Attorney General of California
Abigail Blodgett
Supervising Deputy Attorney General
Stacy J. Lau (SBN 254507)
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-1973
 Fax:  (510) 622-2270
 E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, and the BAY AREA AIR QUALITY MANAGEMENT DISTRICT,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES POSTAL SERVICE, and LOUIS DeJOY, in his official capacity as United States Postmaster General,**<br><br>Defendants. | Case Nos. 3:22-cv-02583-RFL<br>      3:22-cv-02576-RFL<br><br><br>**DECLARATION OF MARY REINHART IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

**Standing-10**

1  **CLEANAIRNOW; CENTER FOR**
2  **BIOLOGICAL DIVERSITY; and SIERRA**
   **CLUB,**

3                                    Plaintiffs,

4               **v.**

5  **LOUIS DEJOY, in his official capacity as**
6  **U.S. Postmaster General; and U.S. POSTAL**
   **SERVICE,**

7                                    Defendants.

8

9

10              **DECLARATION OF MARY REINHART**

11  I, Mary Reinhart, state and declare as follows:

12      1.      I submit this declaration in support of the standing of Center for Biological

13  Diversity to challenge the revised Record of Decision of the U.S. Postal Service ("USPS" or

14  "Postal Service") for its Next Generation Delivery Vehicle Acquisitions program.

15      2.      I am over 18 years of age and competent to give this declaration. I have personal

16  knowledge of the following facts, and if called as a witness could and would testify competently

17  to them. As to those matters which reflect an opinion, they reflect my personal opinion and

18  judgment on the matter.

19      3.      I have been a member of the Center for Biological Diversity (the "Center") since

20  2017, and I rely upon the Center to represent my interests in protecting our air quality and our

21  environment by gathering and disseminating information about air pollution, advocating for the

22  remediation of that pollution, and enforcing our environmental laws in the courts.

23      4.      I work as a Senior Media Specialist with the Center. In that role I help produce and

24  coordinate the Center's media and communications work on public lands, including the

25  borderlands, and energy justice.

26      5.      I live in a single-family home in Scottsdale, Arizona. There is a very busy six-lane

27  road that is only six houses down from my house. The marked speed limit is 45 miles per hour,

28  but cars and trucks routinely travel over 60 miles per hour. There is constant noise and vehicle

- 2 -

**Standing-11**

DECLARATION OF MARY REINHART IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

exhaust fumes in my community from this road. Additionally, my house is approximately 3.9 miles from a large USPS depot which hosts many postal trucks.

6.      I receive mail on a daily basis from the Postal Service. My mail carrier delivers the mail to my house in a Grumann Long Life Vehicle, a traditional USPS delivery truck. The USPS vehicle can idle on the street for long periods of time as the carrier delivers mail to different houses.

7.      I run in my neighborhood for several miles about six days per week. Sometimes I will get stuck running behind a gas-powered postal truck as it drives down my neighborhood streets. It bothers me to breathe the exhaust from the USPS truck when I am running, and I quickly try to escape it. But the unpleasant odors disrupt my run and damage my health.

8.      I also like to hike in my local area and my husband or I walk my dog in the local parks multiple times per day. My ability to enjoy these activities depends on having clean air to breathe. I am much less likely to do these activities when air pollution is already bad, or made worse by vehicle pollution or other sources.

9.      I am aware that the United States Postal Service finalized a plan to purchase Next Generation Delivery Vehicles to replace most of its current fleet of delivery trucks. The Postal Service's original plan called for approximately 90% of the new vehicle fleet to be gas-burning vehicles, while the remaining 10% would be electric vehicles. I understand that the Postal Service has already signed a contract and paid the first installment to a private company to begin producing these vehicles. I understand that since then, the Postal Service has increased the number of electric vehicles it said it would purchase.

10.      Scottsdale has a "winter inversion" each year that makes air quality worse in the winter months. During this period, there are "no burn" days. Additional vehicle exhaust from gas-burning Postal Service trucks adds to the airborne pollution in my area. If the Postal Service's gas-burning vehicles pass through my neighborhood multiple times per day for the next several decades, it would limit the outdoor leisure and recreation activities I could enjoy, including my runs and hikes. Had the Postal Service instead chosen to procure a higher percentage of electric vehicles, I would not have these concerns to the same degree.

**Standing-12**

11.     Furthermore, I know that increased greenhouse gas ("GHG") emissions worsen climate change, and that the Postal Service's acquisition plan will increase GHG emissions, relative to a plan with more electric vehicles. Increased GHG emissions will lead to more severe weather events in my area, including higher temperatures during the summer. The plan will also deepen our dependence on oil, the underlying root issue that is accelerating climate change. Instead, the Postal Service should have done a more comprehensive environmental review before finalizing a plan that fully considered the effects of its decision on greenhouse gas emissions and other air quality metrics.

12.     I joined the Center for Biological Diversity to do my part in fighting climate change, and I believe that electric vehicles are the future. I own a Toyota Prius that I bought out of concern for environmental issues, and my husband and I have already decided that our next car will be an electric vehicle. My personal, aesthetic, and recreational interests are harmed by the Postal Service's decision to purchase fossil fuel polluting vehicles that would be in use for the next several decades. I support the Center's work to hold the Postal Service accountable for its decisions and to ensure meaningful environmental review prior to making its decisions.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 22, 2024 in Scottsdale, AZ.

*Mary K. Reinhart*

Mary Reinhart

**Standing-13**

1  ROB BONTA
   Attorney General of California
2  ABIGAIL BLODGETT
   Supervising Deputy Attorney General
3  STACY J. LAU (SBN 254507)
   Deputy Attorney General
4   1515 Clay Street, 20th Floor
   P.O. Box 70550
5  Oakland, CA 94612-0550
   Telephone: (510) 879-1973
6  Fax:  (510) 622-2270
   E-mail:  Stacy.Lau@doj.ca.gov
7
8  *Attorneys for Plaintiff State of California*
9

10             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
11              SAN FRANCISCO DIVISION
12

13  **STATE OF CALIFORNIA, STATE OF**      Case Nos. 3:22-cv-02583-RFL
    **NEW YORK, COMMONWEALTH OF**                    3:22-cv-02576-RFL
14  **PENNSYLVANIA, STATE OF**
    **COLORADO, STATE OF**
15  **CONNECTICUT, STATE OF**
    **DELAWARE, STATE OF ILLINOIS,**       **DECLARATION OF CHRISTOPHER**
16  **STATE OF MAINE, STATE OF**           **M. LALONE IN SUPPORT OF**
    **MARYLAND, PEOPLE OF THE STATE**      **PLAINTIFFS' MOTION FOR**
17  **OF MICHIGAN, STATE OF NEW**          **SUMMARY JUDGMENT**
    **JERSEY, STATE OF NEW MEXICO,**
18  **STATE OF NORTH CAROLINA, STATE**
    **OF OREGON, STATE OF RHODE**
19  **ISLAND, STATE OF VERMONT, STATE**
    **OF WASHINGTON, DISTRICT OF**
20  **COLUMBIA, CITY OF NEW YORK, and**
    **the BAY AREA AIR QUALITY**
21  **MANAGEMENT DISTRICT,**
22
23                              Plaintiffs,
24                    v.
25  **UNITED STATES POSTAL SERVICE,**
    **and LOUIS DeJOY, in his official capacity**
26  **as United States Postmaster General,**
27                    Defendants.
28

                                    - 1 -                    **Standing-14**
    DECLARATION OF CHRISTOPHER M. LALONE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
                                                                    JUDGMENT
                                        Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

1  CLEANAIRNOW; CENTER FOR
2  BIOLOGICAL DIVERSITY; and SIERRA
   CLUB,

3                                        Plaintiffs,

4              v.

5  LOUIS DEJOY, in his official capacity as
6  U.S. Postmaster General; and U.S. POSTAL
   SERVICE,

7
                                        Defendants.
8

9

10            **DECLARATION OF CHRISTOPHER M. LALONE**

11  Pursuant to 28 U.S.C § 1746, I, Christopher M. LaLone, P.E., declare as follows:

12       1.      I am the Director of the Division of Air Resources at the New York State

13  Department of Environmental Conservation (NYSDEC), where I have worked since 1993.  I

14  provide this declaration in support of the Plaintiffs' motion for summary judgment in this lawsuit

15  challenging the U.S. Postal Service's (USPS) failure to comply with the National Environmental

16  Policy Act, 42 U.S.C. § 4321 *et seq*. (NEPA) in connection with USPS's purchase of delivery

17  vehicles under its Next-Generation Delivery Vehicles Acquisition program (NGDV Acquisition).

18       2.      The State of New York brought this action on behalf of the state and its citizens

19  and residents to protect their interests, and in furtherance of the state's sovereign and proprietary

20  interests in the conservation and protection of the state's natural resources and the environment.

21  These interests include the state's duties to comply with federal air quality standards and its own

22  climate laws and plans.

23       3.      USPS operates a portion of its fleet of delivery vehicles in New York State along

24  delivery routes and at distribution centers, many of which are located in highly populated areas.

25  For example, USPS operates large distribution centers in and around New York City at 1050

26  Forbell Street in East New York, Brooklyn; 201 11th Ave. in Manhattan; 14202 20th Ave. in

27  College Point, Queens; and the Mid-Island Processing and Distribution Center at 160 Duryea Rd,

28  Melville, NY; and upstate at locations such as the Rochester Processing and Distribution Center

- 2 -                                                            Standing-15

1    at 1700 Lyell Ave. in Rochester and the Buffalo Processing and Distribution Center at 1200

2    William Street, Unit 3146 in Buffalo. Emissions from USPS delivery vehicles stationed at these

3    centers and at other facilities will have impacts across the State of New York.

4          4.      Conversely, reducing emissions from vehicles stationed in New York, such as

5    through electrification, will reduce the impacts of air pollutants. And increasing the percentage of

6    USPS fleet comprised of electric vehicles in other states from which air pollution may be

7    transported to New York State will also reduce the impact of air pollution on New York. Of

8    particular importance to New York are the reductions in emissions from fossil fuel-powered

9    vehicles of "criteria" pollutants such as nitrogen oxides (NOx) (which is a potent precursor to the

10   formation of ground-level ozone pollution) and particulate matter, and other non-criteria

11   pollutants such as greenhouse gases (GHGs).

12         5.      To improve air quality and address pollutants such as NOx, ozone and particulate

13   matter, as well as GHG emissions, New York has adopted California's Advanced Clean Cars II

14   (ACC II) emission standards for light- and medium-duty vehicles beginning with model-year

15   2026 pursuant to Section 177 of the Clean Air Act, thus limiting emissions from in-state mobile

16   sources of pollution. 6 NYCRR Part 218. These standards complement other measures New York

17   State has taken to reduce emissions from stationary sources such as power plants and industrial

18   sources, which the state stringently regulates to comply with the federal Clean Air Act and state

19   laws and regulations.  New York State's adoption of ACC II supports New York Environmental

20   Conservation Law (ECL) §19-0306-b, that establishes the State goal that one hundred percent of

21   new light-duty passenger cars and trucks offered for sale or lease, or sold, or leased, for

22   registration in the state shall be zero-emissions by 2035.

23         6.      New York has also adopted strong emissions regulations for medium- and heavy-

24   duty trucks with the Advanced Clean Trucks (ACT) rule, 6 NYCRR Part 218, which requires an

25   increasing percentage of zero-emissions vehicles, such as electric vehicles, beginning with model

26   year 2025 in New York State. The ACT model year zero-emissions vehicle sales requirements

27   progressively increase through model year 2035 and continue beyond model year 2035. ACT

28

- 3 -                                                    **Standing-16**

DECLARATION OF CHRISTOPHER M. LALONE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

1  supports ECL §19-0306-b, that establishes the State goal that one hundred percent of medium-

2  duty and heavy-duty vehicles offered for sale or lease, or sold, or leased, for registration in the

3  state be zero-emissions by 2045 for all operations where feasible.

4        7.     Under New York's Climate Leadership and Community Protection Act (Climate

5  Law), New York must reduce economy-wide GHG emissions 85% below 1990 levels by 2050

6  and offset the remaining 15%. ECL § 75-0107. To meet these statutory requirements, New York

7  will require new vehicles of any class sold in the state by 2045 to be zero-emissions. Chapter 423

8  of the New York State Laws of 2021.

9        8.     Over these same time periods, New York will also rely on fleet turnover—that is,

10  older private passenger vehicles and public and private vehicle fleets being replaced with newer,

11  lower emitting – including increasingly electric – vehicles resulting in an overall decrease in

12  pollution.

13        9.     However, contrary to NEPA, USPS did not assess the consistency of its NGDV

14  Acquisition with New York's statutory requirements and vehicle electrification regulations. For

15  example, USPS did not quantify the number of electric vehicles it expected to deploy in New

16  York, the times when any such vehicles would be located in New York over the planned six-year

17  acquisition period and beyond, and whether USPS would have sufficient electric vehicles to meet

18  New York's increasingly stringent requirements while also meeting similar requirements in other

19  states.

20        10.    New York's existing vehicle emission standards apply to manufacturers who sell

21  new vehicles in New York State. Purchasers and operators of fleets such as the Postal Service's

22  delivery fleet are not yet required to fully electrify their fleets. Yet large fleet purchases of electric

23  vehicles in the next few years can have an important impact on the reduction of criteria, GHG,

24  and mobile air toxics pollutants, while large fleet purchases of gas-powered vehicles, such as the

25  NGDV Acquisition contemplates, will continue to burden New York State with criteria pollutants

26  and weaken its efforts to reduce GHGs emitted within the state.

27

28

          **Standing-17**

11.    The Postal Service's fleet is particularly well-suited to electrification, given the predictable, out-and-back nature of delivery routes and a widespread network of Postal Service facilities with dedicated parking where charging infrastructure can be located. The Postal Service's selection of a 62% electric fleet for the NGDV Acquisition—approximately 66,000 electric vehicles nationwide—will reduce overall pollution compared with its current outdated and overwhelmingly gas-powered fleet. However, the Postal Service's revised record of decision for the NGDV Acquisition still plans for 38% of the fleet to be gas-powered—more than 40,000 vehicles—without meaningfully evaluating higher percentages of electrification. The resulting substantial number of gas-powered trucks will emit more criteria and GHG pollution than if USPS had selected an even higher percentage of electric vehicles to be acquired over the same timeframe.

12.    In addition, if USPS deploys significant numbers of gas-powered delivery vehicles in states upwind of New York State, they will emit criteria pollutants and GHGs, and will contribute to ozone pollution in those upwind states, that will then be transported downwind into New York.

13.    The Postal Service's failure to evaluate higher percentages of electric vehicles or to specify where electric vehicles will be deployed will also hamper New York State's efforts to plan for attainment of the NAAQS for NOx, ozone and particulate matter and achieve mandatory GHG emission reductions under the state's Climate Law.

14.    Acquisition of a significant number of gas-powered Postal Service vehicles in the next few years will be particularly harmful given the Postal Service's history of operating vehicles long past their useful life.[1] New York relies on fleet turnover to achieve important emissions reductions and milestones over the next few years. But if USPS keeps its new gas-powered vehicles on the road for years or even decades, fleet turnover will be delayed, and the

_____

[1] USPS, Final Supplemental Environmental Impact Statement, Next Generation Delivery Vehicle Acquisitions (hereinafter "SEIS") at 3-1, § 3-2.1. AR 8994 ("the [delivery vehicles] currently in service are on average eight years beyond their 24-year service life.").

- 5 -                                              **Standing-18**

1    persistent presence of these vehicles on New York's roads will conflict with the state's efforts to

2    eliminate such emissions in time to meet the Climate Law's GHG reduction requirements.

3          15.    If the Postal Service's NGDV Acquisition fails to achieve higher levels of

4    electrification and continues to ignore New York's air quality and Climate Law requirements (as

5    well as those of other states), and if instead, gas-powered vehicles are deployed to New York

6    State for years or decades into the future, the resulting increase in pollution will harm New York.

7    Specifically, without higher levels of zero-emissions vehicles, such as electric vehicles, New

8    York will suffer the effects of increased emissions of NOx and particulate matter pollution, which

9    will impair New York's efforts to meet federal air pollution standards for ozone and particulate

10   matter. Reduction of emissions of those pollutants is vitally important to protecting the health and

11   safety of New York's residents, including our most vulnerable communities, many of which are

12   situated near roadways and Postal Service distribution centers and have greater exposure to

13   harmful motor vehicle emissions. Failure to reduce GHG emissions both inside and outside New

14   York's borders will worsen the effects of climate change, which, as a result of increased

15   temperatures, will damage New Yorkers' public health, state industries and ecosystems, and the

16   state's public lands, natural resources, and critical infrastructure.

17                 **PERSONAL BACKGROUND AND QUALIFICATIONS**

18          16.    I have a Bachelor of Science in Chemical Engineering degree from Clarkson

19   University. I am a licensed Professional Engineer in New York.

20          17.    I have been the Director of the Division of Air Resources for approximately four

21   years. In addition to my current position, I have held the positions of Assistant Director of Air

22   Resources; Regional Environmental Quality Engineer in the Region 9 Buffalo office; Chief of the

23   Permitting and Compliance Section in the Bureau of Stationary Sources; Chief of the

24   Enforcement Section of the Bureau of Stationary Sources; and other engineering positions within

25   NYSDEC and in the private sector.

26          18.    My responsibilities include overseeing the Division of Air Resources' central

27   office in Albany, which carries out the development and implementation of mobile source

28

1   regulations and technology development, monitoring and research functions, and stationary

2   source permitting. In addition, I work with NYSDEC's nine regional offices, which are

3   responsible for air permitting and enforcement throughout the state.

4       19.     Another of my responsibilities is overseeing NYSDEC's air quality planning

5   efforts. This work includes the development of Clean Air Act-mandated State Implementation

6   Plans (SIPs). SIPs detail how NYSDEC will assure that, among other things, the air quality in

7   New York will come into or maintain compliance with the National Ambient Air Quality

8   Standards (NAAQS) for the "criteria pollutants," including ozone, particulate matter ($PM_{2.5}$) and

9   sulfur dioxide ($SO_2$), set by EPA under Sections 108 and 109 of the Clean Air Act.  States are

10  primarily responsible for ensuring attainment and maintenance of a NAAQS once EPA has

11  established one.

12      20.     I also oversee regulation and mitigation of GHG emissions. Reduction of GHG

13  emissions from vehicles is an important component of New York State's plan to meet its targets

14  under the Climate Act. As stated, this law requires New York to reduce economy-wide

15  greenhouse gas emissions 40 percent by 2030 and no less than 85 percent by 2050 from 1990

16  levels. Achieving the highest feasible reductions in GHG emissions from large fleets such as the

17  Postal Service's NGDV Acquisition is vitally important to these planning and reduction efforts.

18
19      **CRITERIA POLLUTANT EMISSIONS FROM POSTAL SERVICE DELIVERY
    VEHICLES AND ATTAINMENT OF FEDERAL AIR QUALITY STANDARDS IN NEW
    YORK**
20
21      21.     The SEIS demonstrates that the electric vehicles USPS plans to acquire have no

22  direct tailpipe NOx emissions.[2] These reductions are crucial for New York State because the on-

23  road sector accounts for approximately 36% of NOx emissions in New York State.[3]

24      22.     $NO_X$ is a precursor to ozone and can also lead to the secondary formation of

25  particulate matter. Exposure to ozone and particulate matter is associated with adverse effects on

26  human health, including chest pain, coughing, throat irritation, airway inflammation, reduced

27  [2] SEIS, at 4-21, tbl. 4-6.1. AR 9024.

28  [3] U.S. EPA, 2017 National Emissions Inventory Data.

- 7 -

**Standing-20**

DECLARATION OF CHRISTOPHER M. LALONE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

lung function and damaged lung tissue. Ozone can worsen bronchitis, emphysema and asthma, leading to increased medical costs. Exposure to ozone has also been linked to early deaths. People most at risk from breathing air containing ozone include people with asthma, children, older adults and people who are active outdoors, especially outdoor workers. And people who live, work, or go to school near high-traffic roadways—who tend to be low-income and/or people of color—experience higher rates of these adverse health effects.

23.    Ground level ozone also damages terrestrial and aquatic ecosystems. Ozone interferes with the ability of plants and forests to produce and store nutrients, which makes them more susceptible to disease, insects, harsh weather and other pollutants. This harms crop production in New York and throughout the United States, resulting in significant losses and injury to native vegetation and ecosystems. Furthermore, ozone damages the leaves of trees and other plants, and can also damage certain man-made materials, such as textile fibers, dyes, rubber products and paints.

24.    More than 60 percent of New York's population (over 12 million out of about 20 million) live in areas exceeding federal ozone standards. Despite adopting some of the most stringent ozone control programs in the country and including those programs in our ozone SIP, including adoption of California's vehicle emission standards, the New York-Northern New Jersey-Long Island, NY-NJ-CT Nonattainment Area (New York City Metropolitan Area), which also includes parts of New Jersey and Connecticut, failed to meet the 2008 NAAQS for ozone by the July 2021 deadline. As a result, EPA reclassified the region from "serious" nonattainment to "severe" nonattainment. The New York City Metropolitan Area has also experienced exceedances of the more stringent 2015 NAAQS for ozone and faces an August 2024 deadline to meet the standards or face potential reclassification. Because USPS operates in areas struggling the attain the ozone NAAQS, such as the New York City Metropolitan Area, it is important that USPS adopts a vehicle strategy that supports New York's ability to meet the ozone NAAQS.

25.    If New York fails to attain the ozone NAAQS by upcoming statutory deadlines and is reclassified, New York's public health and economy will bear the burdens. New York's

1   residents will face prolonged harms from elevated levels of pollution. And New York State will

2   be required to demonstrate further emissions reductions from its industries, both by regulating

3   already stringently regulated sectors and identifying additional, possibly smaller sources to

4   regulate.

5         26.     Furthermore, one component of NOx emissions in New York that we lack

6   authority to directly regulate is emissions from out-of-state vehicles that may be transported into

7   our states. The reductions that would come from a higher percentage of electric vehicles in other

8   states operated by USPS fleet would also be crucial to our ability to meet the ozone NAAQS;

9   while prolonged operation of substantial numbers of gas-powered vehicles will hinder this

10  attainment.

11  **GHG EMISSION REDUCTIONS, NEW YORK STATE CLIMATE LAW**

12  **REQUIREMENTS, AND CLIMATE CHANGE IMPACTS**

13        27.     New York's efforts to reduce GHG emissions have recently been formalized into

14  statutory targets. The Climate Law, which went into effect on January 1, 2020, requires New

15  York to reduce GHG emissions 85% below 1990 levels by 2050 and offset the remaining 15%.

16  ECL § 75-0107.

17        28.     The statewide GHG emission reduction requirements established by statute in the

18  Climate Law are applicable to all sources of GHG emissions, including emissions from light-,

19  medium-, and heavy-duty vehicles. ECL § 75-0109. Transportation is the largest sector of GHG

20  emissions in New York, and this sector is growing as a result of increasing vehicle miles

21  travelled. New York cannot mitigate the worst impacts of climate change without significant

22  reductions in GHG emissions from the transportation sector.

23        29.     Alongside New York's own actions to reduce transportation sector GHG

24  emissions under the Climate Law, emissions reductions by operators of large public vehicle fleets

25  such as USPS are important to the health and welfare of the state and its ability to meet statutory

26  requirements. The SEIS demonstrates that electric vehicles can significantly reduce the amount of

27  GHG emissions from Postal Service operations.

28

- 9 -                  **Standing-22**

1    30.    However, the Postal Service's failure to even acknowledge New York's Climate

2    Law requirements severely hampers our ability to assess the consistency of the NGDV

3    Acquisition with the state's law. The substantial GHG emissions reductions required by the

4    Climate Law are not distant goals, but quickly approaching mandatory targets, and USPS has not

5    provided information necessary to determine whether it has accounted for and has plans to deploy

6    electric vehicles in sufficient numbers to New York.

7    31.    Nor did USPS consider the combined requirements of all states that have similar or

8    even more stringent electrification and emissions reduction laws and regulations. Without a clear

9    assessment of whether there are sufficient electric vehicles for deployment to all states and local

10   governments with adopted emissions reductions requirements, New York is harmed by delays in

11   obtaining such information and by uncertainty in making plans to ensure compliance with the

12   Climate Law.

13   32.    The Postal Service's failure to consider higher percentages of electric vehicles also

14   harms New York by allowing higher levels of GHG emissions to persist. While the SEIS

15   considers the speed at which new vehicles can be deployed as a factor in overall emissions

16   reductions (given the urgent need to replace the current, highly polluting fleet), USPS has not

17   sufficiently considered alternatives that would result in a higher percentage of electric vehicles

18   within the same timeframe, or that replace gas-powered vehicles acquired in the near term with

19   electric vehicles in future years to provide further necessary GHG emissions reductions.

20   33.    If USPS does not acquire more electric vehicles and instead operates gas-powered

21   trucks far into the future—as has been the case with the current, long-outdated fleet—they will

22   emit higher levels of GHGs for a longer time period. These higher GHG emissions will worsen

23   the public health, environmental and economic harms to New York from climate change set forth

24   below.

25   **A. Climate Change is Already Harming New Yorkers' Health**

26   34.    Demand for health services and the need for public health surveillance and

27   monitoring in New York will increase as the climate continues to change. Heat-related illness and

28

- 10 -                                              **Standing-23**

DECLARATION OF CHRISTOPHER M. LALONE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

1    death are projected to increase. Increased coastal and riverine flooding resulting from intense

2    precipitation increases the risk that such flooding could release contaminants or even toxic

3    substances from wastewater treatment facilities, industrial facilities, and superfund sites with

4    multiple attendant adverse health effects. Such flooding could lead to increased stress and mental

5    health impacts, increased respiratory diseases such as asthma, and increased outbreaks of

6    gastrointestinal diseases—as well impaired ability to deliver public health and medical services.

7    Vector-borne diseases, such as those spread by mosquitoes and ticks (e.g., West Nile virus and

8    Lyme disease), may expand or change their distribution patterns, either of which may adversely

9    affect additional populations.  Water- and food-borne diseases are likely to increase without

10   mitigation and adaptation intervention.[4]

11        35.    As discussed above, the New York City Metropolitan Area has a significant ozone

12   problem. Climate change is likely to worsen the harms New York is already suffering from

13   ozone. As EPA recognized many years ago when making its 2009 Endangerment Determination

14   regarding greenhouse gas emissions under Section 202(a) of the Clean Air Act, climate change is

15   expected to increase ground level ozone pollution "over broad areas of the country especially on

16   the highest ozone days and in the largest metropolitan areas with the worst ozone problems," and

17   thereby increase the risk of adverse effects on public health.[5]

18

19

20

21   _____

22   [4] N.Y. State Energy Research and Dev. Auth., Responding to Climate Change in New York State:

23   The ClimAID Integrated Assessment for Effective Climate Change Adaptation (2011) (Cynthia

24   Rosenzweig, et al., eds.) at 403-04, 421-22 (hereinafter the "ClimAID Report"),

25   https://www.nyserda.ny.gov/-

26   /media/Project/Nyserda/Files/Publications/Research/Environmental/EMEP/climaid/ClimAID-

27   Report.pdf

28   [5] 74 Fed. Reg. 66,496, 66,525 (Dec. 15, 2009).

**B.  Climate Change is Already Harming New York's Environment**

36.     Anthropogenic emissions of the predominant GHG, $CO_2$, are contributing to the observed warming of the planet.[6] The Earth's lower atmosphere, oceans, and land surfaces are warming; sea level is rising; and snow cover, mountain glaciers, and Greenland and Antarctic ice sheets are shrinking.  Extreme heat events are increasing, and intense storms are occurring with greater frequency.  These changes are harming, and will continue to harm, New York State's environment, including shorelines, drinking water sources, agriculture, forests, and wildlife diversity.

**1.  Climate Change Has Changed and Continues to Change New York's Weather**

37.     Temperatures in New York State have risen on average 0.25°F per decade over the past century, with the greatest warming coming in the most recent decades. This warming includes an increase in the number of extreme hot days (days at or above 90°F) and a decrease in the number of cold days (days at or below 32°F).[7] The 2011 New York State ClimAID assessment[8] and the 2014 update to ClimAID[9] present the numerous direct impacts that have already been observed in New York State. These impacts are described in more detail below.

38.     New York State is likely to see widespread shifts in species composition in the State's forests and other natural landscapes within the next several decades due to climate change. Losses of spruce-fir forests, alpine tundra and boreal plant communities are expected. Climate change favors the expansion of some invasive species into New York, such as the aggressive

---

[6] Intergovernmental Panel on Climate Change Working Group I Fifth Assessment Report, Climate Change 2013: The Physical Science Basis, 2013, *available at* https://www.ipcc.ch/report/ar5/wg1/

[7] ClimAID Report at 367, II-10.

[8] ClimAID Report.

[9] N.Y. State Energy Research and Dev. Auth., *Climate Change in New York State: Updating the 2011 ClimAID Climate Risk Information* (2014) (Cynthia Rosenzweig, et al., eds.) (hereinafter the "ClimAID Update"), https://www.nyserda.ny.gov/climaid

1  weed, kudzu, and the insect pest, hemlock woolly adelgid. Increased $CO_2$ in the atmosphere due

2  to climate change is likely to preferentially increase the growth rate of fast-growing species,

3  which are often weeds and other invasive species. Lakes, streams, inland wetlands and associated

4  aquatic species will be highly vulnerable to changes in the timing, supply, and intensity of rainfall

5  and snowmelt, groundwater recharge and duration of ice cover. Increasing water temperatures

6  will negatively affect brook trout and other native cold-water fish.[10]

7     39.    New York State's forests and the economy that depends on them will be hurt by

8  climate change. Climate change will affect the forest mix in New York, which could change from

9  the current mixed forest to a temperate deciduous forest.  The habitat for existing tree species will

10  decrease as suitable climate conditions shift northward.[11] As forest species change, the resulting

11  decrease in the vibrant display of New York State fall foliage could have a negative impact on

12  regional tourism. New York State's Adirondack Park is the largest forested area east of the

13  Mississippi and consists of six million acres, including 2.6 million acres of state-owned forest

14  preserve.[12] The Adirondack Park, one the most significant hardwood ecosystems in the world, is

15  likely to be threatened by these changes.[13] These changes will also further impact plant and

16  wildlife species in the Adirondack Park and throughout the state, as the forest composition

17  changes.

18     **2.    Sea-Level Rise and Increased Flooding Are Already Harming New York State**

19     40.    Warming ocean waters contribute to sea level rise, with adverse impacts for New

20  York State. Warmer ocean water, which results in thermal expansion of ocean waters, melting of

21  land ice, and local changes in the height of land relative to the height of the continental land mass,

22  are the major contributors of sea level rise. Warming ocean water has the potential to strengthen

23  ————————————

24  [10] ClimAID Report 172, 183-84, 196, 203-08.

25  [11] ClimAID Report 177.

26  [12] N.Y. State Adirondack Park Agency, "About the Adirondack Park,"

27  https://apa.ny.gov/about_park/index.html

28  [13] ClimAID Report 178-79, III-47.

the most powerful storms, and combined with sea level rise, will lead to more frequent and extensive coastal flooding. Sea level in the coastal waters of New York State and up the Hudson River has been steadily rising over the 20th century. Tide-gauge observations in New York indicate that rates of relative sea level rise were significantly greater than the global mean, ranging from 0.9 to 1.5 inches per decade.[14]

41.    Sea-level rise increases the extent and magnitude of coastal flooding.  For example, the twelve inches of sea level rise the New York City area has experienced in the past century exacerbated the flooding caused by Hurricane Sandy by about twenty-five square miles, damaging the homes of an additional 80,000 people in the New York City area alone.[15] That flooding devastated several areas of New York City, including the Brooklyn-Queens Waterfront, the East and South Shores of Staten Island, Southern Queens, Southern Manhattan, and Southern Brooklyn. Some areas lost power and other critical services for extended periods. Overall, Hurricane Sandy caused 53 deaths and the estimated costs of response and recovery in New York State exceeded $30 billion.[16]

42.    New York State's tidal shoreline, including barrier islands, coastal wetlands, and bays, is expected to be particularly adversely affected by increased sea levels. New York State has 1,850 miles of tidal coastline,[17] and the State owns dozens of state parks within New York

---

[14] ClimAID Report at 19, 127, 135.

[15] New York City Panel on Climate Change 2015 Report, Chapter 2: Sea Level Rise and Coastal Storms. Ann. N.Y. Acad. Sci. ISSN 0077-8923, *available at*
http://onlinelibrary.wiley.com/doi/10.1111/nyas.12593/full

[16] N.Y. Senate Bipartisan Task Force on Sandy Recovery, *Preliminary Response & Recovery Report* at 1, 26 (Feb. 2013),
https://www.nysenate.gov/sites/default/files/articles/attachments/Senate%20Bipartisan%20Task%20Force%20on%20Hurricane%20Sandy%20Report%20FINAL%202-5.pdf

[17] U.S. Bureau of the Census, *Statistical Abstract of the United States 1987* at 187 (107th Ed.).

1   State's coastal boundary. Tidal shoreline property in the State held by private landowners is

2   similarly at risk.

3        43.    Climate change will also increase the frequency and magnitude of flood damage

4   and storms. Rising air temperatures associated with climate change intensify the water cycle by

5   driving increased evaporation and precipitation. The resulting altered patterns of precipitation

6   include more rain falling in heavy events, often with longer dry periods in between. Heavy

7   downpours have increased in New York State over the past 50 years. By the end of the 21st

8   century, coastal flood levels currently associated with a 100-year flood could occur approximately

9   four times as often under even conservative sea level rise scenarios. This trend will increase

10   localized flash flooding in urban areas and hilly regions.[18]

11        44.    New York State incurs significant costs from damage from flooding.  Grants to the

12   State from the Federal Emergency Management Agency (FEMA) Public Assistance Program

13   made in the aftermath of flood disasters almost always require the State to fund a portion of the

14   project. For example, in the aftermath of Hurricane Sandy, FEMA obligated over $14 billion to

15   New York State and local governments.[19] Even in the case of Hurricane Sandy, which was

16   deemed damaging enough that New York State and local governments had to pay only 10% of

17   eligible costs for most projects,[20] these grants entailed significant expenditures.

18        45.    Flooding due to climate change exacerbates harm to public health and the

19   environment in New York State. Flooding increases water pollution by carrying runoff from land

20   areas containing road oils, salts, farm and lawn chemicals, pesticides, metals, and other pollutants

21   into New York's water bodies.  Flooding has also inundated and/or overloaded New York

22   wastewater treatment plants, causing raw sewage to enter waterways. Polluted floodwaters can

23   _____

24   [18] ClimAID Report at 35, 103.

25   [19] Fed. Emergency. Mgmt. Agency, *New York Hurricane Sandy (DR-4085-NY)* (last updated Dec.

26   20, 2022), https://www.fema.gov/ar/disaster/4085

27   [20] Fed. Emergency. Mgmt. Agency, *New York; Amendment No. 9 to Notice of a Major Disaster*,

28   78 Fed. Reg. 32,413 (May 30, 2013).

**Standing-28**

1   inundate communities and other vulnerable development within floodplains, impairing potable

2   public and private water supplies, and rendering cleanup more hazardous.  Contaminated

3   floodwaters can also impede other water uses including swimming, beach-going, and fishing.[21]

4   The U.S. Secretary of Health and Human Services issued Public Health Emergency Declarations

5   in New York[22] following Hurricane Sandy and Tropical Storm Lee, in large part because of post-

6   flood conditions.

7           46.     Climate change requires an increased commitment of State emergency response

8   resources to protect lives and property in flood prone areas.  For example, swift-water or air-

9   rescue teams rescued over one thousand state residents during the flooding caused by Hurricane

10  Irene and Tropical Storm Lee.  New York State committed extensive emergency resources in

11  response to the storms, including: deploying 1,700 State Police and 3,200 National Guard

12  members, opening 200 shelters to house 18,000 citizens, and staffing 74 Disaster Recovery

13  Centers to assist citizens during the recovery period.[23]  The storms closed 400 road segments and

14  bridges and required repairs at 945 locations on the State highway system.

15          47.     As EPA has previously recognized, climate change is also expected to cause more

16  intense hurricanes and more frequent and intense storms of other types, and heavy precipitation.[24]

17  Over 15.5 million people live within coastal counties in New York, the second highest population

18  within the United States (only California has a larger coastal population).[25]  According to

19  _____

20  [21] ClimAID Report at 422, 444-53.

21  [22] U.S. Dep't of Health & Human Serv., "Public Health Emergency Declarations,"

22  https://aspr.hhs.gov/legal/PHE/Pages/default.aspx

23  [23] N.Y. State Office of the Governor, *New York State Responds – Hurricane Irene and Tropical*

24  *Storm Lee:  One Year Later*. August 2012. Available at:

25  https://cdn.esd.ny.gov/DisasterRecovery/08232012_LeeIreneOneYear.pdf

26  [24] 74 Fed. Reg. at 66,497-98, 66,525-26.

27  [25] Nat'l Oceanic and Atmospheric Admin., *National Coastal Population Report: Population*

28  *Trends from 1970 to 2010* (Mar. 2013), available at:

1   NOAA's Office for Coastal Management, New York has experienced 26 billion-dollar disasters

2   since 2018.[26] In July 2023, New York was impacted by severe storms that caused billions of

3   dollars in damage across the Northeast, including more than $100 million of flood damage in

4   West Point, New York.[27]

5          48.      New York State and entities it funds maintain or own critical transportation

6   infrastructure in lower Manhattan, including the Hugh L. Carey Tunnel (formerly the Brooklyn-

7   Battery Tunnel),[28] the South Ferry Terminal,[29] and the West Side Highway, all of which are

8   threatened by sea level rise and extreme weather events.[30]

9          49.      New York's Metropolitan Transit Authority (the MTA) has, especially in the wake

10  of Hurricane Sandy, taken extensive measures to prepare its infrastructure for climate change

11  impacts such as increases in sea-level rise, coastal storm surges, extreme winds, average air

12  temperature and heat waves, and heavy precipitation.[31] In 2016, the MTA identified 46 resiliency

13  _____

14  https://aambpublicoceanservice.blob.core.windows.net/oceanserviceprod/facts/coastal-

15  population-report.pdf

16  [26] Nat'l Oceanic and Atmospheric Admin, Office for Coastal Mgmt., "Coastal Management: Fast

17  Facts," https://coast.noaa.gov/states/new-york.html

18  [27] Nat'l Oceanic and Atmospheric Admin, Office for Coastal Mgmt., "Fast Facts: Hurricane

19  Costs," https://coast.noaa.gov/states/fast-facts/hurricane-costs.html

20  [28] *See* MTA, *2017 Adopted Budget: February Financial Plan, 2017-2020, available at*

21  http://web.mta.info/mta/budget/pdf/MTA%202017%20Adopted%20Budget%20February%20Fin

22  ancial%20Plan%202017-2020.pdf

23  [29] *Id.* at 106.

24  [30] N.Y. State Dep't of Transport., Real Estate Division, Notice of Appropriation, "Route 9A

25  Reconstruction Project," *available at* http://a836-

26  acris.nyc.gov/DS/DocumentSearch/DocumentImageView?doc_id=FT_1840006500484

27  [31] MTA, *MTA Climate Adaptation Task Force Resiliency Report* at 8, *available at*

28  https://new.mta.info/document/10456

projects across its transit system, requiring a total expenditure of just over $750 million, which included both state and federal funding.[32] These projects included:

      a.  Resiliency measures (e.g., hardening of pump systems, watertight doors, and portal-sealing) designed to improve underground and underwater subway tunnels from flooding from future Category 2 storms, with an additional three-foot safety factor;

      b.  Redesign of bus depots with interior and exterior flood protections;

      c.  Elevation of electric substations on the MTA Metro-North Railroad's Hudson Line four feet above projected flood levels; and

      d.  The installation of flood barriers on each side of the Hugh L. Carey Tunnel.[33]

50.     As of 2019, the MTA reported progress or completion of many of these climate resiliency projects, including elevation and replacement of substations across the system, installation of flood and debris protection walls, replacement of critical power and signaling components, flood gates at the Hugh L. Carey Tunnel, and seawall and shoreline repair at the Rockaway bridges.[34]

51.     As climate change continues to worsen, it is expected that the State will be required to develop and pay for additional resiliency projects, as well as bearing the costs of damage from extreme weather incidents associated with climate change. For example, in September 2021, Hurricane Ida caused over one hundred million dollars of damage to New York City alone, including damage to transportation infrastructure.[35] For this reason, reduced GHG

---

[32] *Id.* at 12.

[33] *Id.* at 16-27.

[34] MTA, *MTA Climate Adaptation Task Force 2019 Resiliency Report: Update on agency-wide climate resiliency projects*, available at https://new.mta.info/document/10461

[35] *See* Fed. Emergency. Mgmt. Agency, Press Release, "$279 Million in Federal Funding Fuels New York Two Months After Hurricane Ida" (Nov. 8, 2021), https://www.fema.gov/press-release/20211110/279-million-federal-funding-fuels-new-york-two-months-after-hurricane-ida

1  emissions, including from USPS's delivery vehicles, are crucial to reducing the severity of

2  climate change impacts for New York.

3  **C. Climate Change is Harming New York's Economy**

4       52.     Climate change is also expected to result in less frequent summer rainfall,

5  increased evaporation, and additional, and possibly longer, summer dry periods, potentially

6  impacting the ability of water supply systems to meet demands.  Reduced summer flows on large

7  rivers and lowered groundwater tables could lead to conflicts among competing water users.[36]

8       53.     Climate change is expected to hurt agriculture in New York State.  Increased

9  summer heat stress will negatively affect cool-season crops, requiring farmers to take adaptive

10  measures such as shifting to more heat-tolerant crop varieties and eventually resulting in a

11  different crop mix for New York's farmers.  The loss of long cold winters could limit the

12  productivity of apples and potatoes, as these crops require longer cold dormant periods. New

13  York's maple syrup industry also requires specific temperature conditions for the sugar maples to

14  produce sap.  It is projected that sugar maple trees will be displaced to the north as the climate

15  changes and temperatures increase. Increased weed and pest pressure associated with longer

16  growing seasons and warmer winters will be an increasingly important challenge. Water

17  management will be a more serious challenge for New York farmers in the future due to

18  increased frequency of heavy rainfall events, and more frequent and intense summer water

19  deficits by mid-to late-century.[37]

20       54.     Dairy farmers will also be impacted by warmer air temperatures associated with

21  climate change. Milk production is maximized under cool conditions ranging from 41°F to

22  68°F.[38]  New York is the third largest producer of milk in the United States, behind California

23

----

24  [36] ClimAID Report at 103.

25  [37] ClimAID Report at 236; III-69; 187-88; III-58; 222-23; 241-243.

26  [38] Alvaro Garcia, *Dealing with Heat Stress in Dairy Cows* (South Dakota Cooperative Extension

27  Service, Sep. 2002, updated June 16, 2020) at 1, available at https://extension.sdstate.edu/dealing-

28  heat-stress-dairy-cows

- 19 -                       **Standing-32**
DECLARATION OF CHRISTOPHER M. LALONE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

and Wisconsin, with 14.8 billion pounds of milk produced in 2016.[39] During the unusually hot summer in 2005, declines in milk production of five to 15 pounds of milk per cow per day (an eight to 20 percent decrease) in many New York dairy herds were reported.[40] In 2019, New York reported approximately $2.5 billion dollars of cash receipts from its dairy industry.[41] A loss of milk production efficiency from heat effects could result in the loss of hundreds of millions of dollars annually for New York's dairy industry, and a consequential negative impact to the State's tax revenues.

55.     In sum, the effects of climate change on New York will be deadly, widespread, and extremely expensive.

I declare under penalty of perjury that I believe the foregoing to be true and correct.

Executed on May 23, 2024 in Albany, New York.

Christopher M. LaLone, P.E.

[39] U.S. Dep't of Agric., *Milk Production, Disposition and Income: 2016 Summary* at 10, available at https://www.nass.usda.gov/Publications/Todays_Reports/reports/mlkpdi17.pdf

[40] Peter Frumhoff, *Confronting Climate Change in the U.S. Northeast: Science, Impacts, and Solutions*, Northeast Climate Impacts Assessment, July 2007 at 69, available at https://www.ucsusa.org/sites/default/files/2019-09/confronting-climate-change-in-the-u-s-northeast.pdf

[41] U.S. Dep't of Agric., *Milk Production, Disposition and Income: 2019 Summary* at 9, https://downloads.usda.library.cornell.edu/usda-esmis/files/4b29b5974/5h73qf66r/hd76sk303/mlkpdi20.pdf

ROB BONTA
Attorney General of California
ABIGAIL BLODGETT
Supervising Deputy Attorney General
STACY J. LAU (SBN 254507)
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-1973
 Fax:  (510) 622-2270
 E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, and the BAY AREA AIR QUALITY MANAGEMENT DISTRICT,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, in his official capacity as United States Postmaster General,**<br><br>Defendants. | Case Nos. 3:22-cv-02583-RFL<br>3:22-cv-02576-RFL<br><br><br>**DECLARATION OF SARAH JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

**Standing-34**

1
2
**CLEANAIRNOW; CENTER FOR
BIOLOGICAL DIVERSITY; and SIERRA
CLUB,**

3
                                                    Plaintiffs,

4
            **v.**

5
6
7
**LOUIS DEJOY, in his official capacity as
U.S. Postmaster General; and U.S. POSTAL
SERVICE,**

8
                                                    Defendants.

9

10                    **DECLARATION OF SARAH JOHNSON**

11  I, Sarah Johnson, state and declare as follows:

12          1.      I am the Executive Director of the Air Quality Program at the New York City

13  Department of Health and Mental Hygiene ("DOHMH").  I submit this declaration in support of

14  the standing of the City of New York to challenge the revised Record of Decision of the U.S.

15  Postal Service ("USPS") for its Next Generation Delivery Vehicle Acquisitions program. I make

16  this declaration of my own personal knowledge, unless otherwise indicated.

17          2.      I earned a bachelor's degree in Biology from University of North Carolina, Chapel

18  Hill, a Master's of Science in Ecology from University of California, Davis and a Master's of

19  Public Health from University of California, Berkeley.

20          3.      I have been the Executive Director of the Air Quality Program at DOHMH since

21  2018. Prior to my current role, I served as a Senior Spatial Analyst with the Air Quality Program.

22  In that role, I executed spatial and statistical analyses to predict air pollution distribution, health

23  effects, and inform program planning and evaluation.

24          4.      DOHMH, New York City's public health agency, performs a wide-ranging

25  portfolio of services for the City and its residents. Among these services is the Bureau of

26  Environmental Science and Policy in the Division of Environmental Health, which collects and

27  analyzes crucial environmental and health data, including factors related to air quality, climate

28  change, transportation, and health outcomes, among others.

5.      In my current capacity, I oversee DOHMH's research related to air quality and its relation to health outcomes such as premature deaths and hospital visits. A major component of the air quality program is the New York City Community Air Survey ("Survey"), which measures black carbon, nitrous oxides, ozone, sulfur dioxide, and fine particulate matter ("PM2.5") across 78 sites citywide. These sites, which measure pollution at the street level, where people spend most of their time, provide detailed information that supplements information gathered from federally required building-mounted monitors throughout the City.

6.      Internal combustion vehicles, such as those contemplated to be purchased by the United States Postal Service to replace its existing fleet, are major sources of pollutants, especially PM2.5, nitrous oxides, and carbon monoxide.[1]

**AIR POLLUTION IN NEW YORK CITY IMPACTS NEW YORKERS' HEALTH AND WELLBEING**

7.      Since 2009, the first year of data collection, concentrations of black carbon, nitrous oxides, sulfur dioxide, and PM2.5 have substantially decreased.

8.      Despite this substantial progress, New Yorkers are still exposed to air pollution. In 2022, the citywide average PM2.5 concentration was 5.8 mcg/m3, the average nitric oxide concentration was 10.3 ppb, and the average nitrogen dioxide concentration was 14.7 ppb.[2]

9.      This pollution poses significant risks to New Yorkers' health. PM2.5 can cause or exacerbate asthma, cancer, strokes, lung disease, and cardiovascular disease.[3] PM2.5 pollution

---

[1] NYC Environmental & Health Data Portal, *Your Neighborhood's Air Quality*, https://a816-dohbesp.nyc.gov/IndicatorPublic/data-features/neighborhood-air-quality/ (last visited May 15, 2024).
[2] NYC Environmental & Health Data Portal, *Air Quality*, https://a816-dohbesp.nyc.gov/IndicatorPublic/data-explorer/air-quality/?id=2023#display=summary (last visited May 15, 2024).
[3] NYC Environmental & Health Data Portal, *The Public Health Impacts of PM2.5 from Traffic Air Pollution*, https://a816-dohbesp.nyc.gov/IndicatorPublic/data-stories/traffic-and-air-pollution/ (last visited May 15, 2024).

contributes to approximately 2,000 deaths and 5,150 hospital visits annually in New York City.[4] Nitrogen oxides (encompassing both nitric oxide and nitrogen dioxide) similarly can exacerbate breathing issues like asthma and cause lung tissue damage, which leads to increased hospital visits.[5] Recent studies done by DOHMH found that current levels of nitrogen dioxide contribute to over 600 deaths annually in New York City.[6]

**VEHICLE EMISSIONS ARE A SIGNIFICANT CONTRIBUTOR TO AIR POLLUTION IMPACTING HEALTH**

10. Internal combustion vehicles contribute significantly to PM2.5, nitrogen oxide, and carbon monoxide pollution in New York City. Traffic accounts for 14% of PM2.5 emissions and 22% of nitrogen dioxide emissions citywide.[7] Given the significant health impacts from PM2.5, PM2.5 from traffic alone contributes to an estimated 320 premature deaths, 550 emergency room visits, and 160 hospitalizations annually in New York City.[8]

11. In addition to the human suffering caused by increased PM2.5 and nitrogen oxide emissions, these health impacts lead to increased costs for the City and its residents. The City's public hospital system, NYC Health + Hospitals ("H+H"), handles a high load of cardiovascular and respiratory hospitalizations and emergency room visits. In 2022, H+H treated New Yorkers for asthma at approximately 78,000 emergency department visits and through over 14,000

---

[4] NYC Environmental & Health Data Portal, *Health Impacts of Air Pollution*, https://a816-dohbesp.nyc.gov/IndicatorPublic/data-explorer/health-impacts-of-air-pollution/?id=2124#display=summary (last visited May 15, 2024).
[5] NYC Environmental & Health Data Portal, *Air Quality*, *supra* note 3.
[6] Arial Spira-Cohen et al., *Estimating attributable deaths from short-term pollution effects: Differential air pollution impact on cause-specific mortality*, 2022 Environmental Health Perspectives 1 (2022).
[7] NYC DOHMH, *The Public Health Impacts of PM2.5 From Traffic Air Pollution* (2021), available at https://a816-dohbesp.nyc.gov/IndicatorPublic/data-stories/traffic-and-air-pollution/; EPA, 2020 National Emissions Inventory Data, available at https://www.epa.gov/air-emissions-inventories/2020-national-emissions-inventory-nei-data (last visited May 17, 2024).
[8] NYC DOHMH, *The Public Health Impacts of PM2.5 From Traffic Air Pollution*, *supra* note 7.

hospitalizations.[9]  Twenty five percent of the asthma patients at H+H hospitals are children.[10]
The average cost of an asthma-related emergency department visit is $2,700 for a child and
$3,500 for an adult.[11]

12.     Of the PM2.5 and nitrogen dioxide caused by vehicle emissions, the majority is
produced by trucks and buses, including medium- and light-duty trucks like those used by USPS
– despite the fact that cars account for approximately 94% of vehicle miles traveled in the City –
highlighting the extent of truck and bus pollution.[12] Similarly, the majority of premature deaths
and hospital visits attributable to PM2.5 traffic pollution are caused by truck and bus traffic.[13]


**VEHICLE EMISSIONS AND HEALTH IMPACTS ARE NOT EXPERIENCED EQUALLY
CITYWIDE**

13.     Certain neighborhoods in New York City shoulder a disproportionate burden of
vehicle-related PM2.5 emissions. Neighborhoods in New York City with high poverty rates have
about 50% higher PM2.5 pollution from vehicle emissions than neighborhoods with low poverty
rates.[14] The relationship is even stronger when considering only bus and truck attributable
PM2.5.[15]

14.     This relationship is consistent with the higher concentration of distribution
facilities, which draw increased truck traffic, in higher poverty neighborhoods and environmental

---

[9] NYC Health + Hospitals, Community Needs Assessment, 22 (2022),
https://hhinternet.blob.core.windows.net/uploads/2022/07/community-health-needs-asssessment-2022.pdf
[10] *Id.*
[11] New York Statewide Planning and Research Cooperative System, Hospitalization and
Emergency Department charge per visit, 2012-2014.
[12] *See* Iyad Kheirbek, et al., *The contribution of motor vehicle emissions to ambient fine
particulate matter public health impacts in New York City: a health burden assessment*,
Environmental Health Vol. 15, Article 89 (2016), https://doi.org/10.1186/s12940-016-0172-6;
EPA, 2020 National Emissions Inventory Data, *supra* note 7.
[13] Kheirbek, et al., *supra* note 12.
[14] NYC DOHMH, *The Public Health Impacts of PM2.5 From Traffic Air Pollution*, *supra* note 7.
[15] *Id.*

justice areas.[16]  A 2024 review of existing and planned distribution facilities in New York City found that 68% of the facilities were located within environmental justice areas.[17]

15.     Beyond the higher PM2.5 vehicle emissions, neighborhoods with higher rates of poverty also have disproportionately higher rates of PM2.5-attributable morbidity and mortality.[18] For example, the PM2.5-related emergency department visit rate in East Harlem, a neighborhood with a higher rates of poverty, is over 2.5 times the rate city-wide, even though the East Harlem PM2.5 concentration is similar to the citywide concentration.[19] Overall, the PM2.5-attributable emergency department visits related to asthma are over eight times as high in very high poverty neighborhoods than they are in low-poverty neighborhoods.[20] The New York City neighborhoods with the highest rates of pollution-related hospital visits are all environmental justice areas.[21]

**IMPACT OF USPS PURCHASE OF COMBUSTION ENGINES ON NEW YORK CITY**

16.     The cursory, post-hoc environmental review and USPS's decision to purchase up to 38% new internal combustion vehicles will prolong New Yorkers' exposure to PM2.5, nitrogen oxides, and carbon monoxide, and will hamper New York City's significant progress in reducing air pollution. Health impacts, including increased hospitalization and premature mortality, will continue.

17.     USPS's decision disproportionately affects environmental justice communities; many USPS distribution centers are located within environmental justice communities, which suffer disproportionate exposure to vehicle-related PM2.5. For example, the USPS distribution facilities located at 1050 Forbell Street in East New York, Brooklyn; 201 11th Ave. in Manhattan;

---

[16] NYC Mayor's Office of Climate and Environmental Justice, EJNYC 87 (2024), available at https://climate.cityofnewyork.us/wp-content/uploads/2024/04/EJNYC_Report_FIN_20240424.pdf.
[17] *Id.*
[18] Kheirbek, et al., *supra* note 12.
[19] NYC Environmental & Health Data Portal, *Air Quality*, *supra* note 3; NYC DOHMH, *The Public Health Impacts of PM2.5 From Traffic Air Pollution*, *supra* note 7.
[20] Kheirbek, et al., *supra* note 12.
[21] NYC DOHMH, *The Public Health Impacts of PM2.5 From Traffic Air Pollution*, *supra* note 7.

1   and 14202 20th Ave, in College Point, Queens are all in environmental justice communities.[22]

2   Continued emissions from USPS internal combustion engine vehicles at these sites will prolong

3   nearby residents' disproportionate exposure to vehicle-related emissions.

4

5

6           I state under penalty of perjury under the laws of the United States of America that the

7   foregoing is true and correct to the best of my knowledge and belief.

8   Executed on May 24, 2024 in New York, New York

9

10

11                                      Sarah Johnson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   ---

28   [22] NYC Mayor's Office of Climate and Environmental Justice, *EJNYC Full Data Mapper* (2024),
     https://experience.arcgis.com/experience/
     6a3da7b920f248af961554bdf01d668b/page/Data-Explorer/.

1  ROB BONTA
   Attorney General of California
2  ABIGAIL BLODGETT
   Supervising Deputy Attorney General
3  STACY J. LAU (SBN 254507)
   Deputy Attorney General
4   1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA 94612-0550
6   Telephone: (510) 879-1973
    Fax:  (510) 622-2270
7   E-mail:  Stacy.Lau@doj.ca.gov
8  *Attorneys for Plaintiff State of California*

9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
12

13  **STATE OF CALIFORNIA, STATE OF**         Case Nos. 3:22-cv-02583-RFL
14  **NEW YORK, COMMONWEALTH OF**                      3:22-cv-02576-RFL
    **PENNSYLVANIA, STATE OF**
15  **COLORADO, STATE OF**
    **CONNECTICUT, STATE OF**
16  **DELAWARE, STATE OF ILLINOIS,**          **DECLARATION OF HADRIEN**
    **STATE OF MAINE, STATE OF**              **DYKIEL IN SUPPORT OF**
17  **MARYLAND, PEOPLE OF THE STATE**         **PLAINTIFFS' MOTION FOR**
    **OF MICHIGAN, STATE OF NEW**             **SUMMARY JUDGMENT**
18  **JERSEY, STATE OF NEW MEXICO,**
19  **STATE OF NORTH CAROLINA, STATE**
    **OF OREGON, STATE OF RHODE**
20  **ISLAND, STATE OF VERMONT, STATE**
    **OF WASHINGTON, DISTRICT OF**
21  **COLUMBIA, CITY OF NEW YORK, and**
    **the BAY AREA AIR QUALITY**
22  **MANAGEMENT DISTRICT,**
23                                 Plaintiffs,
24        v.
25  **UNITED STATES POSTAL SERVICE,**
26  **and LOUIS DEJOY, in his official capacity**
    **as United States Postmaster General,**
27
28                                 Defendants.

                              - 1 -                        **Standing-41**
DECLARATION OF HADRIEN DYKIEL IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
                                        Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

1

2

**CLEANAIRNOW; CENTER FOR
BIOLOGICAL DIVERSITY; and SIERRA
CLUB,**

3

Plaintiffs,

4

**v.**

5

6

7

**LOUIS DEJOY, in his official capacity as
U.S. Postmaster General; and U.S. POSTAL
SERVICE,**

Defendants.

8

9

10

**DECLARATION OF HADRIEN DYKIEL**

11

I, Hadrien Dykiel declare as follows:

12

13

1.      I make this Declaration of my own personal knowledge. If called to testify as a

witness, I could and would testify competently to the contents hereof.

14

15

2.      I am a member of the Sierra Club in good standing.

16

17

3.      I currently live in Evergreen, Colorado, which is located in an area that is in

nonattainment of the Clean Air Act's National Ambient Air Quality Standards for ozone.

18

19

4.      I have a young son who is particularly susceptible to the impacts of air pollution.

Pollution from transportation sources makes me really concerned for his health.

20

21

22

5.      My family enjoys outdoor activities, including walking and running, but we alter

their activities based on air pollution levels. On high pollution days, we refrain from engaging in

these outdoor activities that we love.

23

24

25

26

6.      I routinely see several postal vehicles travel in my neighborhood daily. These

vehicles contribute to poor air quality on high pollution days. Since these vehicles travel in my

neighborhood, the impacts of these vehicles on the health of my family are real.

27

28

7.      I am very concerned that continued reliance on gas postal vehicles will impact air

quality in my neighborhood. I am also concerned about the large number of postal vehicles in the

- 2 -

**Standing-42**

Denver region contributing to poor air quality where I live and work. The Postal Service continued reliance of postal vehicles that runs on gas is particularly concerning because these vehicles can stay on our roads for decades, which could contribute to the unsafe air in my region.

8.    In addition to air quality, I am deeply concerned about the climate change impacts from this decision. The catastrophic consequences of climate change like wildfires will be felt by me and my family.

9.    We need to tackle harmful air pollution and climate pollution from transportation. Purchasing tens of thousands of postal vehicles that run on fossil fuels will not achieve these goals.

10.    I support litigation by the Sierra Club challenging the United States Postal Service's compliance with the National Environmental Policy Act.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on May 23, 2024.

*Hadrien Dykiel*
Hadrien Dykiel

**Standing-43**

1    ROB BONTA
     Attorney General of California
2    ABIGAIL BLODGETT
     Supervising Deputy Attorney General
3    STACY J. LAU (SBN 254507)
     Deputy Attorney General
4     1515 Clay Street, 20th Floor
     P.O. Box 70550
5    Oakland, CA 94612-0550
     Telephone: (510) 879-1973
6    Fax:  (510) 622-2270
     E-mail:  Stacy.Lau@doj.ca.gov
7
8    *Attorneys for Plaintiff State of California*

9

10

11                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION

13   **STATE OF CALIFORNIA, STATE OF**          Case Nos. 3:22-cv-02583-RFL
     **NEW YORK, COMMONWEALTH OF**                         3:22-cv-02576-RFL
14   **PENNSYLVANIA, STATE OF**
     **COLORADO, STATE OF**
15   **CONNECTICUT, STATE OF**
     **DELAWARE, STATE OF ILLINOIS,**          **DECLARATION OF HUDA FASSHO IN**
16   **STATE OF MAINE, STATE OF**              **SUPPORT OF PLAINTIFFS' MOTION**
     **MARYLAND, PEOPLE OF THE STATE**         **FOR SUMMARY JUDGMENT**
17   **OF MICHIGAN, STATE OF NEW**
     **JERSEY, STATE OF NEW MEXICO,**
18   **STATE OF NORTH CAROLINA, STATE**
     **OF OREGON, STATE OF RHODE**
19   **ISLAND, STATE OF VERMONT, STATE**
     **OF WASHINGTON, DISTRICT OF**
20   **COLUMBIA, CITY OF NEW YORK, and**
     **the BAY AREA AIR QUALITY**
21   **MANAGEMENT DISTRICT,**

22                                 Plaintiffs,

23                         v.

24   **UNITED STATES POSTAL SERVICE,**
     **and LOUIS DEJOY, in his official capacity**
25   **as United States Postmaster General,**

26                                Defendants.

27

28

                                                                      **Standing-44**
                                    - 2 -
     DECLARATION OF HUDA FASSHO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
                                          Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

**CLEANAIRNOW; CENTER FOR**
**BIOLOGICAL DIVERSITY; and SIERRA**
**CLUB,**

                                    Plaintiffs,

        **v.**

**LOUIS DEJOY, in his official capacity as**
**U.S. Postmaster General; and U.S. POSTAL**
**SERVICE,**

                                    Defendants.

## DECLARATION OF HUDA FASSHO

I, Huda Fassho, declare as follows:

1.      I am the Senior Managing Director of Member Care at the Sierra Club. I have

worked for the Sierra Club since April of 2011 and have been in a supervisory role for 13 years.

2.      In my role, I manage all aspects of the Sierra Club's customer service functions

related to members, including maintaining an accurate list of members and managing the

organization's member database.

3.      The Sierra Club is a membership organization incorporated under the laws of the

State of California, with its principal place of business in Oakland, CA. It is recognized as a not-

for-profit corporation under Section 501(c)(3) of the United States Internal Revenue Code.

4.      The Sierra Club's mission includes the protection and restoration of the natural and

human environment. Its activities include public education, advocacy, and litigation to enforce

environmental laws. It has been at the forefront of protecting our natural resources at the national

level since its establishment in 1892. The National Environmental Policy Act (NEPA) is vital to

protect our wildlife habitats along with preserving our climate and human health, especially with

regards to pollution. The Sierra Club advocates for policies that uphold national safeguards like

**Standing-45**

NEPA and advocates for cleaning up transportation pollution. The Next Generation Vehicle

Delivery project is critical to this advocacy to clean up transportation pollution.

5.      When an individual becomes a member of the Sierra Club, their current residential

address is recorded in the Sierra Club's membership database. This database is regularly updated

each business day to add new members, reflect address changes, and change membership status

for those who are no longer active members.

6.      The Sierra Club currently has approximately 662,889 members nationwide.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.  Executed on May 18, 2024.


_____
Huda Fashho

**Standing-46**

1  ROB BONTA
   Attorney General of California
2  ABIGAIL BLODGETT
   Supervising Deputy Attorney General
3  STACY J. LAU (SBN 254507)
   Deputy Attorney General
4   1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA 94612-0550
6   Telephone: (510) 879-1973
    Fax:  (510) 622-2270
7   E-mail:  Stacy.Lau@doj.ca.gov
8  *Attorneys for Plaintiff State of California*
9
10
11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12                 SAN FRANCISCO DIVISION
13
   **STATE OF CALIFORNIA, STATE OF**        Case Nos. 3:22-cv-02583-RFL
14 **NEW YORK, COMMONWEALTH OF**                       3:22-cv-02576-RFL
   **PENNSYLVANIA, STATE OF**
15 **COLORADO, STATE OF**
   **CONNECTICUT, STATE OF**
16 **DELAWARE, STATE OF ILLINOIS,**         **DECLARATION OF JAY**
   **STATE OF MAINE, STATE OF**             **CHAMBERLIN IN SUPPORT OF**
17 **MARYLAND, PEOPLE OF THE STATE**        **PLAINTIFFS' MOTION FOR**
   **OF MICHIGAN, STATE OF NEW**            **SUMMARY JUDGMENT**
18 **JERSEY, STATE OF NEW MEXICO,**
   **STATE OF NORTH CAROLINA, STATE**
19 **OF OREGON, STATE OF RHODE**
   **ISLAND, STATE OF VERMONT, STATE**
20 **OF WASHINGTON, DISTRICT OF**
   **COLUMBIA, CITY OF NEW YORK, and**
21 **the BAY AREA AIR QUALITY**
   **MANAGEMENT DISTRICT,**
22
23                              Plaintiffs,
24
                    v.
25
   **UNITED STATES POSTAL SERVICE,**
26 **and LOUIS DEJOY, in his official capacity**
   **as United States Postmaster General,**
27
28                              Defendants.

- 1 -
**Standing-47**

1  **CLEANAIRNOW; CENTER FOR**
2  **BIOLOGICAL DIVERSITY; and SIERRA**
   **CLUB,**
3
                                          Plaintiffs,
4
          v.
5
   **LOUIS DEJOY, in his official capacity as**
6  **U.S. Postmaster General; and U.S. POSTAL**
   **SERVICE,**
7
                                          Defendants.
8
9
10                    **DECLARATION OF JAY CHAMBERLIN**
11  I, Jay Chamberlin, state and declare as follows:
12          1.      I submit this declaration in support of the standing of the State of California in this
13  case. I make this declaration of my own personal knowledge, unless otherwise indicated.
14          2.      I am the Chief of the Natural Resources Division of the California Department of
15  Parks and Recreation ("Department"), a position I have held since 2010.  I have worked in the
16  conservation field for more than 30 years. I received a Masters of Science in Natural Resources
17  and Environment from the University of Michigan in 1998. Prior to my current position, I served
18  as Environmental Program Manager at the California Department of Water Resources from 2008
19  to 2010, and Deputy Assistant Secretary at the California Natural Resources Agency from 2005 to
20  2008. I have also worked as a consultant to the Ecosystem Restoration Program for the California
21  Bay-Delta Authority, and as Policy Manager for the Pacific Forest Trust, where my work focused
22  on climate projects and policies.
23          3.      I regularly give presentations on climate change and its impacts to the California
24  State Park System, and on plans, management practices, and policies for addressing those
25  impacts. I have given such presentations to professionals, students, and other audiences,
26  including, for example, the California State Assembly's Select Committee on Sea Level Rise and
27  the California Economy. I have also given a series of climate change presentations and updates
28

1 (in January 2018, September 2018, and May 2019) to the California State Parks and Recreation

2 Commission, the body with authority for guiding policy and planning for the State Park System.

3    4.  The Department manages the California State Park System, which consists of 280

4 park units and approximately 1.6 million acres of land. Parks are located in every bioregion of

5 California, and the State Park System protects some of the most significant native ecosystems in

6 California, including old growth forests, grasslands, coastal dunes and prairies, oak woodlands,

7 alpine lakes, and roughly one-quarter of the California coastline. Many of California's rare and

8 endangered species have habitat on state park land. The State Park System also protects the

9 largest assemblage of cultural resources in California, including historic adobe buildings,

10 California Missions, and archaeological sites and much more. The State Park System receives in

11 excess of 80,000,000 visitors per year, and it is the primary destination for shoreline recreation in

12 California.

13    5.  I am familiar with scientific studies and agency reports that summarize observed

14 and modeled data related to global climate change and with evidence of the influence that climate

15 change is having on resources in the State Park System. My knowledge is based on my ongoing

16 review of the current scientific literature, participation in interagency climate-focused working

17 groups, attendance and participation at professional conferences, trainings, and workshops, and

18 my work for the Department.

19    6.  For years, Department staff have been engaged in active management,

20 documentation, and monitoring of resource conditions throughout the State Park System. Many of

21 the specific threats to biological diversity and native species that have emerged in recent years are

22 attributable to, or compounded by, the influence of climate change. Climate-influenced impacts

23 on State Park System resources include accelerated coastal erosion, the spread of pests and

24 pathogens (such as bark beetles), changes in phenology (the timing of seasonal natural

25 phenomena such as blossoms on trees or flowers), changes to wildlife habitat and behavior,

26 increases in the size, frequency and severity of wildfires. Other predicted changes – such as

27 changes to the winter snowpack in the Sierra Nevada range, increased temperatures (including

28 higher low temperatures) – also appear to be happening. These changes in natural systems due to

**Standing-49**

1    climate change damage the land, native plants, and wildlife that are the primary natural resources

2    of the State Park System. In the course of my work, I have reviewed information and reports by

3    the State of California, Department and other agencies concerning these phenomena, and have

4    been involved in developing plans, programs, and restoration projects that address these impacts.

5           7.     Scientific models of global climate change, which link the buildup of greenhouse

6    gases to increased global temperatures, predict that by the year 2100 the average annual

7    maximum daily temperature in California will increase by 5.6 to 8.8 degrees Fahrenheit.

8    Scientific studies and models further predict that by 2100, as a result of increased temperatures

9    caused by greenhouse gas emissions—and consequent thermal expansion and glacial ice melt—

10    mean sea levels along the coast will rise between 1 and 7 feet, greatly increasing wave run up (the

11    upper level reached by a wave on a beach) and storm surges. Due to uncertainty in the models,

12    actual mean sea level rise could well exceed the predicted levels by considerable margins. Also,

13    sea level rise will vary by location, and certain areas could experience sea levels that exceed the

14    predicted mean levels.

15           8.     Based upon my professional experience and knowledge of California's State Park

16    System, if the predicted changes in temperature, precipitation, and sea level continue to occur,

17    they would continue to have significant adverse and costly impacts on the State Park System,

18    including but not limited to those I summarize below. Additional emissions of greenhouse gases

19    will continue to drive climate change and worsen these impacts in the future.

20           9.     Rising sea levels will drastically reduce the amount of beach available for

21    shorebirds, including threatened and endangered species. In fact, many of California's beaches,

22    including many in the State Park System, such as Crystal Cove in Orange County, are narrow

23    bands of sand backed by steep cliffs. At predicted rates of sea level rise, as many as 67% of

24    Southern California Beaches – including the beaches at dozens of state park units – will be lost by

25    2100. Also, any additional rise in sea level will affect the salinity, temperature, and hydrology in

26    California's many estuaries and lagoons, thereby impacting the aquatic life—including rare,

27    threatened and endangered fish—that rely on estuaries for breeding or rearing. In addition, sea

28    level rise threatens infrastructure in the more than 100 coastal units of the State Park System.

**Standing-50**

1   Preliminary modeling indicates 5 feet of sea level rise and a 100-year storm would result in the

2   inundation of 593 structures, 150 acres of parking lots, 93 campgrounds and day-use areas, and

3   65 miles of access roads at coastal state park units (and this estimate does not include

4   underground infrastructure, bluff erosion, and archaeological losses). The reduced or destroyed

5   beaches, coastal estuaries, lagoons, and wetlands and the destruction of other fish and wildlife

6   habitats are material impacts to State trust resources. Moreover, damaged infrastructure will also

7   negatively impact the ability of visitors to access the coast, another material impact to the purpose

8   of State Beaches to provide for recreational access to the coast. Finally, sea level rise will

9   negatively impact the balance of payments of the State—as revenues from visitors may decline

10  even as costs to maintain, restore, and protect park resources and facilities increase. These costs

11  are already being incurred as winter storm damage in January 2023 impacted dozens of coastal

12  state park units and inflicted over $200 million in damages.

13      10.    In addition, the California State Park System includes many important cultural

14  resources, including archeological and historic sites, such as Native American sites, 18th century

15  missions, historic lighthouses and piers, and buildings, including historic campgrounds and other

16  sites constructed by the Civilian Conservation Corps. These resources are irreplaceable, and the

17  protection or documentation of cultural resources that would be inundated by sea level rise would

18  be very expensive. For instance, even a small rise in sea level will erode or inundate many of the

19  State Park System's ancient shell middens. These cultural resources, which contain remnants

20  from California's earliest human residents, date back thousands of years and would be

21  permanently lost for their descendants and for visitors and researchers as well.

22      11.    Global climate change models in combination with other predictive studies also

23  suggest that wildfires will increase in size, frequency and severity, with a 77 percent increase in

24  average area burned by 2100. The State's recent experiences concerning wildfires are generally

25  consistent with these predictions. In 2021, the highest temperature in recorded human history was

26  recorded in California, at Death Valley National Park, exceeding the previous record set in the

27  same location in 2020. Over the last 40 years, California's fire season has increased by an

28  estimated 75 days—and in some places in the State the fire season is nearly year-round.  Eighteen

- 5 -

**Standing-51**

DECLARATION OF JAY CHAMBERLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

1  of the 20 largest wildfires in the State's recorded history have occurred since 2000, with 13 of

2  those occurring since 2010.

3        12.    Increases in the frequency and severity of wildfires will have a significant impact

4  on the State Park System. The Department and its allied agencies, including the California

5  Department of Forestry and Fire Protection, currently expend significant resources both to protect

6  park infrastructure and natural and cultural resources from wildfires, and to prevent these fires.

7  Growing wildfire activity also increases the risk that irreplaceable resources will be lost,

8  including historic structures. Over the last 15 years, numerous state parks have been impacted by

9  wildfires, and the increasing frequency of wildfires has become a more important problem for the

10 State Park System. In 2020, the wildfires that collectively burned more acres of California than at

11 any time since fire records have been kept burned more than 115,000 acres of the State Park

12 System across 22 State Park units. In Big Basin Redwoods State Park – California's first state

13 park – the entire park headquarters, including buildings that were designated national historic

14 landmarks, were completely destroyed during the CZU complex fires in August of 2020. The old

15 growth redwood forest is expected to recover but old growth trees and associated wildlife that are

16 by definition irreplaceable resources were also lost. Previously, the October 2017 Wine Country

17 fires in Napa and Sonoma Counties burned through several state parks, including Trione-Annadel

18 State Park, Sugarloaf Ridge State Park, and Robert Louis Stevenson State Historic Park, and

19 threatened Jack London State Historic Park, while the 2018 Woolsey Fire burned through several

20 state parks including Malibu Creek State Park, Leo Carrillo State Park, and parts of Point Mugu

21 State Park.

22       13.    Observed changes, along with global climate change models, also suggest that

23 coastal fog declines of about 33% observed in recent decades could accelerate due to greenhouse

24 gas-driven warming and changed ocean circulation. Diminished fog would have a severe and

25 damaging impact on natural forest types that are dependent upon fog, including the endangered

26 Torrey pine, and rare pines such as the native Monterey and Bishop pines, and the Coast

27 redwood. All four of these species are protected in the State Park System. In addition to their

28 ecological importance, these forest types draw many visitors to the State Park System, and a

- 6 -                                                              **Standing-52**

DECLARATION OF JAY CHAMBERLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

1    decline in these forests would constitute a critical impact on the natural resources of the State

2    Park System and would result in fewer visitors and a loss of revenue to the Department.

3        14.    The Department also manages several parks in winter snow areas, as well as the

4    Sno-Park Program for California, which provides the public roadside access to winter sports

5    recreation. Global climate change studies predict reductions in winter-spring snowpack, which

6    would result in loss of recreational opportunities and increased flooding downstream, along with

7    operational challenges and associated costs at reservoir parks. It may also reduce snow access and

8    revenues associated with the Sno-Park Program.

9        15.    While significant and unavoidable impacts from climate change are already

10   impacting the resources of the State Park System as summarized above, the most extreme impacts

11   of climate change on the State Park System likely depend on current and future greenhouse gas

12   emissions and decisions made to avoid those emissions. Significant expansions of fleets of gas-

13   powered, rather than zero-emission, vehicles will impair and delay state-level and national-level

14   efforts to reduce greenhouse gas emissions. Thus, these emissions will likely accumulate in larger

15   quantities in the atmosphere, resulting in increased climate risk and climate change impacts to the

16   State Park System that I have described in this declaration.

17       I state under penalty of perjury under the laws of the United States of America that the

18   foregoing is true and correct to the best of my knowledge and belief.

19   Executed on May **22**, 2024 in ___SACRAMENTO___, California.

20

21

22   JAY CHAMBERLIN

23

24

25

26

27

28

- 7 -

**Standing-53**

DECLARATION OF JAY CHAMBERLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rob Bonta
Attorney General of California
Abigail Blodgett
Supervising Deputy Attorney General
Stacy J. Lau (SBN 254507)
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-1973
 Fax:  (510) 622-2270
 E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, and the BAY AREA AIR QUALITY MANAGEMENT DISTRICT,** | Case Nos. 3:22-cv-02583-RFL<br>3:22-cv-02576-RFL<br><br>**DECLARATION OF JODY ISENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| Plaintiffs, | |
| v. | |
| **UNITED STATES POSTAL SERVICE, and LOUIS DeJoy, in his official capacity as United States Postmaster General,** | |
| Defendants. | |

**Standing-54**

- 1 -

**CLEANAIRNOW; CENTER FOR
BIOLOGICAL DIVERSITY; and SIERRA
CLUB,**

                                 Plaintiffs,

                   **v.**

**LOUIS DEJOY, in his official capacity as
U.S. Postmaster General; and U.S. POSTAL
SERVICE,**

                                Defendants.

### DECLARATION OF JODY ISENBERG

I, Jody Isenberg, declare as follows:

    1.      I make this Declaration of my own personal knowledge. If called to testify as a witness, I could and would testify competently to the contents hereof.

    2.      I have lived in San Bernardino since 1976, and at my current address since 1984.

    3.      I am a member of the Sierra Club in good standing. I first became a member in 1983, and I have intermittently been a member since then. I most recently reinstated my membership in December 2016.

    5.      I am greatly concerned about the effects of poor air conditions in my neighborhood and in San Bernardino.

    6.      I suffer from sinus congestion, a runny nose, an intermittent cough, stinging eyes, and low energy. I have sought medical attention for my sinuses. I believe my symptoms are exacerbated, if not caused, by poor air quality. I check our air quality every day and notice that my symptoms are worse on days when air pollution is high.

    7.      I enjoy outdoor activities like working in the yard and swimming in our pool. As a result of my symptoms, there are about two days a month when I don't have the energy to go

**Standing-55**

outside, and instead I just stay in bed and read. I also limit my outdoor activities when the air quality is poor to protect my health.

8.      Delivery of mail and packages impacts my community greatly. Continued reliance on internal combustion engine (ICE) trucks to deliver mail will continue to contribute to dirty air in San Bernardino, which will make my health issues worse and will further limit my ability to spend time outdoors. I am also concerned about the harm that the increased pollution will cause to the health of my husband and the broader San Bernardino community.

9.      My home is on a hill and it has a beautiful view across the valley, which I enjoy greatly. Often, I look out my window and I can't see the valley because of the blanket of pollution. Aesthetically, it's horrible, and seeing the pollution so regularly also makes me worry about the property value of my home and about the well-being of the children growing up in the area. The air pollution and obscured view from my home also affect my mental health. It is very depressing to see the gray/brown layer of pollutants hanging over the valley, turning the otherwise blue sky into an ashen gray blanket. The visible "smog" has not been this bad since the early 1970's.

10.      I remain deeply concerned about the continued reliance on ICE vehicles to move letters and packages by the United States Postal Service. The most recent Air Quality Management Plan for the South Coast Air Basin indicated we must go to zero-emissions everywhere feasible to meet federal air quality standards. Decisions to purchase tens of thousands of combustion trucks could impede meeting air quality standards. In addition, postal vehicles can remain on our roads for decades. Because Southern California is an area that refines significant fossil fuel volumes, continued reliance on ICE vehicles could continue to contribute to significant refinery pollution that contributes to air pollution region as combustion postal trucks continue to operate in the United States.

11.     All these concerns make me very worried for myself, my husband, and the community of San Bernardino. I think about air pollution in my community every day. As a result, I have been active in the Sierra Club's efforts to clean up transportation pollution.

12.     I retired a few years ago, and I hoped that when I retired I could pursue hobbies like walking, pottery, and gardening. Continued pollution from sources like delivery trucks will limit my ability to take part in these activities.

13.     I support litigation by the Sierra Club challenging the United States Postal Service's compliance with the National Environmental Policy Act.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 24, 2024.

_____
Jody Isenberg

Standing-57

DECLARATION OF JODY ISENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL