ROB BONTA
Attorney General of California
ABIGAIL BLODGETT
Supervising Deputy Attorney General
STACY J. LAU (SBN 254507)
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-1973
 Fax:  (510) 622-2270
 E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, and the BAY AREA AIR QUALITY MANAGEMENT DISTRICT,**<br><br>                    Plaintiffs,<br><br>    v.<br><br>**UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, in his official capacity as United States Postmaster General,**<br><br>                    Defendants. | Case Nos. 3:22-cv-02583-RFL<br>             3:22-cv-02576-RFL<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

- 1 -

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

| | |
|---|---|
| CLEANAIRNOW; CENTER FOR BIOLOGICAL DIVERSITY; and SIERRA CLUB, | |
| Plaintiffs, | |
| v. | |
| LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE, | |
| Defendants. | |

Having reviewed Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, the Court ORDERS that:

Plaintiffs' unredacted Consolidated Motion for Summary Judgment shall remain filed conditionally under seal, pursuant to Civil Local Rule 79-5(e), until this Court rules on Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

Dated: _____

_____
The Honorable Rita F. Lin
Judge of the United States District Court