ROB BONTA
Attorney General of California
ABIGAIL BLODGETT
Supervising Deputy Attorney General
STACY J. LAU (SBN 254507)
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-1973
 Fax:  (510) 622-2270
 E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, and the BAY AREA AIR QUALITY MANAGEMENT DISTRICT,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, in his official capacity as United States Postmaster General,<br><br>        Defendants. | Case Nos. 3:22-cv-02583-RFL<br>      3:22-cv-02576-RFL<br><br>**DECLARATION OF STACY J. LAU IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

- 1 -

|  |  |
|---|---|
| 1 | **CLEANAIRNOW; CENTER FOR BIOLOGICAL DIVERSITY; and SIERRA CLUB,** |
| 2 | |
| 3 | |
| 4 | Plaintiffs, |
| 5 | v. |
| 6 | **LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE,** |
| 7 | |
| 8 | Defendants. |

I, Stacy J. Lau, declare that:

1. I am a Deputy Attorney General representing Plaintiff State of California in this matter.

2. Defendants United States Postal Service and Louis DeJoy, in his official capacity as United States Postmaster General ("Defendants") have marked portions of their administrative record as "Confidential" pursuant to the parties' Stipulated Protective Order.

3. Plaintiffs' Consolidated Motion for Summary Judgment cites or otherwise references administrative record material that Defendants have marked "Confidential" in the following locations:

- Page 22, line 27 to page 23, line 1
- Page 23, lines 11-14
- Page 24, lines 8-10
- Page 24, lines 14-15
- Page 24, lines 17-23
- Page 25, lines 9-12
- Page 30, lines 4-6
- Page 32, footnote 11, lines 1-3
- Page 38, lines 28 to page 39, line 2

4. Concurrent with the filing of this declaration, Plaintiffs are conditionally filing a version of their Consolidated Motion for Summary Judgment, with the above-referenced material redacted.

5. Also concurrent with the filing of this declaration, Plaintiffs are filing an unredacted version of their Consolidated Motion for Summary Judgment as an exhibit to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, with the above-referenced material highlighted in blue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 24, 2024                                  /s/ Stacy J. Lau
                                                     STACY J. LAU
                                                     Declarant