1  ROB BONTA
   Attorney General of California
2  ABIGAIL BLODGETT
   Supervising Deputy Attorney General
3  STACY J. LAU (SBN 254507)
4  JENNIFER LODA (SBN 284889)
   Deputy Attorneys General
5   1515 Clay Street, 20th Floor
    P.O. Box 70550
6   Oakland, CA 94612-0550
    Telephone: (510) 879-1973
7   Fax: (510) 622-2270
    E-mail: Stacy.Lau@doj.ca.gov
8
9  *Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, and the BAY AREA AIR QUALITY MANAGEMENT DISTRICT,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, in his official capacity as United States Postmaster General,**<br><br>Defendants. | Case Nos. 3:22-cv-02583-RFL<br>3:22-cv-02576-RFL<br><br>**STIPULATION REGARDING MOTION HEARING AND BRIEFING DEADLINES** |

| | |
|---|---|
| CLEANAIRNOW; CENTER FOR BIOLOGICAL DIVERSITY; and SIERRA CLUB, | |
| Plaintiffs, | |
| v. | |
| LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE, | |
| Defendants. | |

**STIPULATION REGARDING MOTION HEARING AND BRIEFING DEADLINES**

Pursuant to Civil Local Rules 6-1(b) and 6-2, the Standing Order for Civil Cases Before Judge Rita F. Lin, and the Clerk's Notice Regarding Motion Hearing (CleanAirNow Dkt. 105; Gov't Dkt. 178), Plaintiffs State of California, State of New York, Commonwealth of Pennsylvania, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, People of the State of Michigan, State of New Jersey, State of New Mexico, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, District of Columbia, City of New York, The Bay Area Air Quality Management District, CleanAirNow, Center for Biological Diversity, and Sierra Club ("Plaintiffs"), Defendants United States Postal Service and Louis DeJoy, in his official capacity as United States Postmaster General ("Postal Service" or "Defendants"), and Defendant-Intervenor Oshkosh Defense, LLC (collectively, "the Parties") hereby stipulate to an extended briefing schedule and hearing on the Parties' cross-motions for summary judgment.

WHEREAS the Parties are in the process of briefing cross-motions for summary judgment in this matter in accordance with the briefing schedule set by the Court (Gov't Dkt. 146);

WHEREAS on May 24, 2024, Plaintiffs had scheduled a hearing date of November 19, 2024, for the Parties' cross-motions for summary judgment;

WHEREAS on August 2, 2024, the Court issued a Clerk's Notice stating that the hearing date of November 19, 2024, was no longer available, and that the Parties were directed to meet

and confer and submit a stipulation and proposed order to continue the hearing to another mutually agreeable date (CleanAirNow Dkt. 105; Gov't Dkt. 178);

WHEREAS Plaintiffs and Defendants are exploring whether there may be ways to resolve this case amicably and believe that the Parties could benefit from a modest extension to the briefing schedule to have discussions;

WHEREAS there have been no previous time modifications of the briefing schedule in this action;

WHEREAS the Parties have met and conferred, and stipulate to continue the hearing to a mutually agreeable date and to extend Plaintiffs' time to file an opposition / reply brief by 14 days and Defendants' and Defendant-Intervenor's time to file reply briefs by 10 days; and

WHEREAS upon review of Defendants' and Defendant-Intervenor's cross-motions for summary judgment and oppositions to Plaintiffs' motion for summary judgment, Plaintiffs have determined that it would be more efficient to file a single consolidated opposition / reply brief of up to 60 pages rather than two separate opposition / reply briefs of up to 40 pages each (80 pages total) as provided in the current briefing schedule (*see* Gov't Dkt. 145, 146) in response to Defendants' and Defendant-Intervenor's cross-motions for summary judgment.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. The hearing date on the Parties' cross-motions for summary judgment will be continued to December 17, 2024 or the first available date thereafter.

2. The deadline for Plaintiffs' Opposition to Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment will be extended from September 6, 2024 to September 20, 2024. Plaintiffs may file a single consolidated opposition / reply brief, up to 60 pages, rather than separate opposition / reply briefs against Defendants and Defendant-Intervenor.

3. The deadline for Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment will be extended from October 7, 2024 to October 30, 2024.

4. All other deadlines will remain as set forth in the Court's Minute Entry following the Initial Case Management Conference held on January 24, 2024 (Gov't Dkt. 146):

    a. Defendant-Intervenor's Reply in Support of Defendant-Intervenor's Cross-Motion for Summary Judgment will be due on November 6, 2024, seven days after Defendant's reply is filed;

    b. Plaintiffs will file the joint appendix on November 13, 2024, seven days after Defendant-Intervenor's reply is filed; and

    c. Final briefs with appendix citations will be due on November 20, 2024, seven days after the joint appendix is filed.

Dated: August 19, 2024                          Respectfully submitted,

ROB BONTA
Attorney General of California
ABIGAIL BLODGETT
Supervising Deputy Attorney General

/s/ *Stacy J. Lau*
STACY J. LAU
JENNIFER LODA
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1973
E-mail: Jennifer.Loda@doj.ca.gov

*Attorneys for Plaintiff State of California*

LETITIA JAMES
Attorney General of New York

/s/ *Claiborne E. Walthall*
CLAIBORNE E. WALTHALL (*pro hac vice*)
Assistant Attorney General
New York State Office of the Attorney General
Environmental Protection Bureau
State Capitol
Albany, NY 12224
(518) 776-2380
claiborne.walthall@ag.ny.gov

*Attorneys for Plaintiff State of New York*

| | |
|---|---|
| FOR THE COMMONWEALTH OF PENNSYLVANIA<br>MICHELLE A. HENRY<br>Attorney General<br><br>/s/ *Ann R. Johnston*<br>ANN R. JOHNSTON<br>Assistant Chief Deputy Attorney General<br>Civil Environmental Enforcement Unit<br>Office of Attorney General<br>Strawberry Square<br>14th Floor<br>Harrisburg, PA 17120<br>Email: ajohnston@attorneygeneral.gov<br>717-497-3678<br><br>*Attorneys for Plaintiff*<br>*Commonwealth of Pennsylvania* | KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>/s/ *Christian Douglas Wright*<br>CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation<br>VANESSA L. KASSAB (*pro hac vice*)<br>RALPH K. DURSTEIN, III<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br><br>*Attorneys for Plaintiff State of Delaware* |
| WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ *Daniel Salton*<br>DANIEL SALTON<br>Assistant Attorney General<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue<br>Hartford, CT 06106<br>Telephone: (860) 808-5250<br>Email: Daniel.Salton@ct.gov<br><br>*Attorneys for Plaintiff State of Connecticut* | KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ *Jason E. James*<br>JASON E. JAMES (*pro hac vice*)<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br>Office of the Attorney General<br>201 West Pointe Drive, Suite 7<br>Belleville, IL 62226<br>Tel: (872) 276-3583<br>Email: Jason.james@ilag.gov<br><br>*Attorneys for Plaintiff State of Illinois* |

| | |
|---|---|
| MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br><br>/s/ *Lisa Morelli*<br>LISA MORELLI, State Bar No. 137092<br>Deputy Attorney General<br>Division of Law<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625-093<br>Telephone: 609-376-2745<br>Email: lisa.morelli@law.njoag.gov<br><br>*Attorneys for Plaintiff State of New Jersey* | ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>/s/ *Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN (*pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>Telephone: (410) 576-6414<br>Email: sgoldstein@oag.state.md.us<br><br>*Attorneys for Plaintiff State of Maryland* |
| AARON M. FREY<br>Attorney General of Maine<br><br>/s/ *Jillian R. O'Brien*<br>JILLIAN R. O'BRIEN, State Bar No. 251311<br>JASON ANTON<br>PAUL SUITTER<br>Assistant Attorneys General<br>Six State House Station<br>Augusta, Maine 04333-0006<br>Telephone: (207) 626-8800<br>Fax: (207) 287-3145<br>Email: Jason.Anton@maine.gov<br>Email: Paul.Suitter@maine.gov<br>Email: Jill.Obrien@maine.gov<br><br>*Attorneys for Plaintiff State of Maine* | RAÚL TORRES<br>Attorney General of New Mexico<br><br>/s/ *William Grantham*<br>WILLIAM GRANTHAM (*pro hac vice*)<br>Assistant Attorney General<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>Telephone: (505) 717-3520<br>E-Mail: wgrantham@nmag.gov<br><br>*Attorneys for Plaintiff State of New Mexico* |

| | |
|---|---|
| FOR THE STATE OF OREGON | JOSHUA H. STEIN<br>Attorney General of North Carolina |
| ELLEN F. ROSENBLUM<br>ATTORNEY GENERAL | /s/ *Francisco Benzoni*<br>ASHER SPILLER<br>Assistant Attorney General<br>FRANCISCO BENZONI<br>Special Deputy Attorney General<br>114. W. Edenton Street<br>Raleigh, NC 27063<br>Telephone: (919)716-7600<br>Email: fbenzoni@ncdoj.gov<br>Email: aspiller@ncdoj.gov |
| /s/ *Paul Garrahan*<br>PAUL GARRAHAN (*pro hac vice*)<br>Attorney-in-Charge<br>STEVE NOVICK (*pro hac vice*)<br>Special Assistant Attorney General<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Telephone: (503) 947-4540<br>Email: Paul.Garrahan@doj.oregon.gov<br>Email: Steve.Novick@doj.oregon.gov | |
| *Attorneys for Plaintiff State of Oregon* | *Attorneys for Plaintiff State of North Carolina* |
| FOR THE PEOPLE OF THE STATE OF MICHIGAN | ROBERT W. FERGUSON<br>Attorney General of Washington |
| /s/ *Elizabeth Morrisseau*<br>ELIZABETH MORRISSEAU (*pro hac vice*)<br>Assistant Attorney General<br>Environment, Natural Resources, and Agriculture Division<br>Michigan Attorney General's Office<br>6th Floor, G. Mennen Williams Building<br>525 West Ottawa Street<br>PO Box 30755<br>Lansing, MI 48933<br>Telephone: (517) 335-7664<br>Email: MorrisseauE@michigan.gov | /s/ *Megan Sallomi*<br>MEGAN SALLOMI, State Bar. No. 300580<br>Assistant Attorney General<br>Environmental Protection Division<br>Washington State Attorney General's Office<br>800 5th Ave Suite 2000,<br>Seattle, WA 98104-3188<br>Telephone: (206) 389-2437<br>Email: Megan.Sallomi@atg.ca.gov |
| *Attorneys for Plaintiff the People of the State of Michigan* | *Attorney for Plaintiff State of Washington* |

| | |
|---|---|
| PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>/s/ *Nicholas M. Vaz*<br>NICHOLAS M. VAZ (*pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>Telephone: (401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov<br><br>*Attorneys for Plaintiff State of Rhode Island* | MURIEL GOODE-TRUFANT<br>Acting Corporation Counsel<br>of the City of New York<br><br>/s/ *Alice R. Baker*<br>ALICE R. BAKER (*pro hac vice*)<br>Senior Counsel<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007<br>Telephone: (212) 356-2314<br>E-mail: albaker@law.nyc.gov<br><br>*Attorneys for Plaintiff City of New York* |
| CHARITY R. CLARK<br>Attorney General of Vermont<br><br>/s/ *Ryan Kane*<br>RYAN KANE (*pro hac vice*)<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>ryan.kane@vermont.gov<br><br>*Attorneys for Plaintiff State of Vermont* | ALEXANDER G. CROCKETT<br>District Counsel<br><br>/s/ *Marcia L. Raymond*<br>MARCIA L. RAYMOND, State Bar No. 215655<br>Assistant Counsel<br>Bay Area Air Quality Management District<br>350 Beale Street, Suite 600<br>San Francisco, CA 94105<br>(415) 749-5158<br>mraymond@baaqmd.gov<br><br>*Attorneys for Plaintiff*<br>*Bay Area Air Quality Management District* |
| KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>/s/ *Adam Teitelbaum*<br>ADAM TEITELBAUM, State Bar. No. 310565<br>Deputy Director<br>Office of the Attorney General<br>District of Columbia<br>400 6th St. NW<br>Washington, DC 20001<br>Telephone: 202-256-3713<br>Email: Adam.Teitelbaum@dc.gov<br><br>*Attorneys for Plaintiff District of Columbia* | PHIL WEISER<br>Attorney General of Colorado<br><br>/s/ *Shannon Stevenson*<br>SHANNON STEVENSON<br>Solicitor General<br>Office of the Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508 6548<br>shannon.stevenson@coag.gov<br><br>*Attorneys for Plaintiff State of Colorado* |

| | |
|---|---|
| /s/ Candice L. Youngblood<br>ADRIANO L. MARTINEZ (SBN 237152)<br>YASMINE L. AGELIDIS (SBN 321967)<br>CANDICE L. YOUNGBLOOD (SBN 328843)<br>amartinez@earthjustice.org<br>yagelidis@earthjustice.org<br>cyoungblood@earthjustice.org<br>Earthjustice<br>707 Wilshire Blvd., Suite 4300<br>Los Angeles, CA 90017<br>T: (415) 217-2000 / F: (415) 217-2040<br><br>*Attorneys for Plaintiffs CleanAirNow and Sierra Club*<br><br>/s/ Maya D. Golden-Krasner<br>MAYA D. GOLDEN-KRASNER (SBN 217557)<br>LAUREN PARKER (*pro hac vice*)<br>mgoldenkrasner@biologicaldiversity.org<br>lparker@biologicaldiversity.org<br>Climate Law Institute<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612<br>T: (202) 868-1008 / F: (510) 844-7150<br><br>*Attorneys for Plaintiff Center for Biological Diversity* | /s/ Timothy S. Bishop<br>Timothy S. Bishop (*pro hac vice*)<br>Avi M. Kupfer (*pro hac vice*)<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 701-7829<br>tbishop@mayerbrown.com<br>akupfer@mayerbrown.com<br><br>Christopher Mitchell Hendy (SBN 282036)<br>MAYER BROWN LLP<br>333 South Grand Avenue, 47th Floor<br>Los Angeles, CA 90071<br>(213) 229-9500<br>mhendy@mayerbrown.com<br><br>*Attorneys for Defendants United States Postal Service and Louis DeJoy, in his official capacity as United States Postmaster General*<br><br><br>/s/ Nathan E. Shafroth<br>Nathan E. Shafroth (SBN 232505)<br>Covington & Burling LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>nshafroth@cov.com<br><br>*Attorney for Defendant-Intervenor Oshkosh Defense, LLC* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I hereby certify that the above counsel in Case Nos. 3:22-cv-02583 and 3:22-cv-02576 have concurred in the filing of this document.

                                        /s/ *Stacy J. Lau*
                                        Stacy J. Lau

## CERTIFICATE OF SERVICE

I hereby certify that, on August 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send a notification of such filing to all counsel of record by operation of the Court's ECF system.

/s/ *Candice Youngblood*
Candice Youngblood