ROB BONTA
Attorney General of California
ABIGAIL BLODGETT
Supervising Deputy Attorney General
STACY J. LAU (SBN 254507)
JENNIFER LODA (SBN 284889)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-1973
 Fax: (510) 622-2270
 E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, and the BAY AREA AIR QUALITY MANAGEMENT DISTRICT,**<br><br>                Plaintiffs,<br><br>    v.<br><br>**UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, in his official capacity as United States Postmaster General,**<br><br>                Defendants. | Case Nos. 3:22-cv-02583-RFL<br>           3:22-cv-02576-RFL<br><br>**DECLARATION OF STACY J. LAU IN SUPPORT OF STIPULATION REGARDING MOTION HEARING AND BRIEFING DEADLINES** |

CLEANAIRNOW; CENTER FOR BIOLOGICAL DIVERSITY; and SIERRA CLUB,

                              Plaintiffs,

v.

LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE,

                              Defendants.

I, Stacy J. Lau, declare as follows:

1. I am a Deputy Attorney General representing Plaintiff State of California in this matter.

2. Plaintiffs State of California, State of New York, Commonwealth of Pennsylvania, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, People of the State of Michigan, State of New Jersey, State of New Mexico, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington, District of Columbia, City of New York, The Bay Area Air Quality Management District, CleanAirNow, Center for Biological Diversity, and Sierra Club ("Plaintiffs") and Defendants United States Postal Service and Louis DeJoy, in his official capacity as United States Postmaster General ("Defendants"), are exploring whether there may be ways to resolve this case amicably and believe that the Parties could benefit from a modest extension to the briefing schedule to have discussions.

3. After receiving the Clerk's Notice Regarding Motion Hearing (CleanAirNow Dkt. 105; Gov't Dkt. 178), the parties met and conferred and stipulated to continue the hearing on the parties' cross-motions for summary judgment to a mutually agreeable date. During this meet and confer process, the parties also agreed to seek a 14-day extension of time for Plaintiffs to file their Opposition to Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment, and a 10-day extension of

time for Defendants and Defendant-Intervenor to file their Replies in Support of Defendants' Cross-Motion for Summary Judgment, as follows:

| Document to be Filed | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Opposition to Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment | 9/6/2024 | 9/20/2024 |
| Defendants' Reply in Support of Cross-Motion for Summary Judgment | 10/7/2024 | 10/30/2024 |
| Defendant-Intervenor's Reply in Support of Cross-Motion for Summary Judgment | 10/15/2024 | 11/6/2024 |
| Joint Appendix | 10/22/2024 | 11/13/2024 |
| Conformed Briefs | 10/29/2024 | 11/20/2024 |
| Hearing on Cross-Motions for Summary Judgment | 11/19/2024 | 12/17/2024 |

4.     There have been no previous time modifications of the briefing schedule in this action.

Dated: August 19, 2024                              _____
                                                                        STACY J. LAU
                                                                        Declarant