ROB BONTA
Attorney General of California
ABIGAIL BLODGETT
Supervising Deputy Attorney General
STACY J. LAU (SBN 254507)
JENNIFER LODA (SBN 284889)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-1973
 Fax: (510) 622-2270
 E-mail:  Stacy.Lau@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, STATE OF NEW YORK, COMMONWEALTH OF PENNSYLVANIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, DISTRICT OF COLUMBIA, CITY OF NEW YORK, and the BAY AREA AIR QUALITY MANAGEMENT DISTRICT,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, in his official capacity as United States Postmaster General,**<br><br>Defendants. | Case Nos. 3:22-cv-02583-RFL<br>           3:22-cv-02576-RFL<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION REGARDING MOTION HEARING AND BRIEFING DEADLINES** |

- 1 -

[PROPOSED] ORDER GRANTING PARTIES' STIPULATION REGARDING MOTION HEARING AND BRIEFING DEADLINES
Case Nos. 3:22-cv-02583-RFL; 3:22-cv-02576-RFL

|   |   |
|---|---|
| 1 | **CLEANAIRNOW; CENTER FOR BIOLOGICAL DIVERSITY; and SIERRA CLUB,** |
| 2 |   |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | **LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE,** |
| 6 |   |
| 7 |   |
| 8 | Defendants. |

Following the Clerk's Notice Regarding Motion Hearing requesting that the Parties submit a stipulation and proposed order to continue the hearing on the Parties' cross-motions for summary judgment to another mutually agreeable date (CleanAirNow Dkt. 105; Gov't Dkt. 178), and upon consideration of the Parties' Stipulation Regarding Motion Hearing and Briefing Deadlines, the Court ORDERS that:

1. The hearing on the Parties' cross-motions for summary judgment is set for December 17, 2024 at 10:00 a.m. in Courtroom 15, 18th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

2. To allow the Parties time to explore whether there may be ways to resolve this case amicably, the Parties' briefing schedule is modified as follows:

| Document to be Filed | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Opposition to Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment | 9/6/2024 | 9/20/2024 |
| Defendants' Reply in Support of Cross-Motion for Summary Judgment | 10/7/2024 | 10/30/2024 |
| Defendant-Intervenor's Reply in Support of Cross-Motion for Summary Judgment | 10/15/2024 | 11/6/2024 |
| Joint Appendix | 10/22/2024 | 11/13/2024 |
| Conformed Briefs | 10/29/2024 | 11/20/2024 |
| Hearing on Cross-Motions for Summary Judgment | 11/19/2024 | 12/17/2024 |

3.     Plaintiffs may file a single consolidated opposition to Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment and reply in support of Plaintiffs' Motion for Summary Judgment, to be no longer than 60 pages, rather than a separate opposition to each of Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  The Honorable Rita F. Lin
                                  Judge of the United States District Court